**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Big Apple Energy, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **11-3484655** | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **100 Crossways Park Drive West, Suite 405 Woodbury, NY 11797** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Nassau** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Big Apple Energy, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | ____ | When | ____ | Case number | ____ |
|---|---|---|---|---|---|
| District | ____ | When | ____ | Case number | ____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☒ Yes.

| Debtor | **Clear Choice Energy, LLC** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **Eastern District of New York** | | |
| When | **8/27/18** | Case number, if known | **18-** |

| Debtor | **Big Apple Energy, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**▋▋▋ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Big Apple Energy, LLC** _____     Case number (*if known*) _____
         Name

---

█████  **Request for Relief, Declaration, and Signatures**

WARNING – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | | |
|---|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 27, 2018**
              MM / DD / YYYY

X _____          **Victor M. Ferreira** _____
Signature of authorized representative of debtor          Printed name

Title   **Manager of BAE Energy Management,
        LLC, Sole Member of Debtor**

---

**18. Signature of attorney**    X _____          Date  **August 27, 2018** _____
                                 Signature of attorney for debtor                        MM / DD / YYYY

**Jonathan I. Rabinowitz** _____
Printed name

**Rabinowitz, Lubetkin & Tully, LLC** _____
Firm name

**293 Eisenhower Parkway
Suite 100
Livingston, NJ 07039** _____
Number, Street, City, State & ZIP Code

Contact phone   **973-597-9100** _____     Email address _____

**1426592 NY** _____
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Big Apple Energy, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Algonquin Gas Pipeline** 5400 Westheimer Court Houston, TX 77056-5310 | | | | | | $9,304.22 |
| **American Express** PO Box 981535 El Paso, TX 79998 | | | | | | $27,891.67 |
| **Chiesa Shahinian** One Boland Drive West Orange, NJ 07052 | | | | | | $187,480.31 |
| **Cohen Reznick** 1301 Ave. of the Americas New York, NY 10019 | | | | | | $200,000.00 |
| **Columbia Gas TransCanada** 700 Louisiana Street Suite 700 Houston, TX 77002-2700 | | | | | | $75,099.78 |
| **Dominion Energy Pipeline** 707 E. Main Street 18th Floor Richmond, VA 23219 | | | | | | $79,918.74 |
| **DTE Energy** 414 S. Main Street Suite 200 Ann Arbor, MI 48104 | | | | | | $208,333.47 |
| **Empire Pipeline** 6363 Main Street Buffalo, NY 14221-5887 | | | | | | $415.30 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **Big Apple Energy, LLC** _____      Case number *(if known)* _____
　　　　 Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Holland & Hart P.O. Box 17283 Denver, CO 80217 | | | | | | $445.00 |
| Loeb & Loeb 345 Park Avenue New York, NY 10154 | | | | | | $52,382.99 |
| Mieco Inc. 301 East Ocean Blvd. Suite 100 Long Beach, CA 90802-4832 | | | | | | $2,171,340.25 |
| Millennium Pipeline 700 Louisiana Street Suite 700 Houston, TX 77002-2700 | | | | | | $20,424.40 |
| National Fuel Gas 6363 Main Street Williamsville, NY 14221-5887 | | | | | | $9,698.62 |
| RXR Realty LLC 625 RXR Plaza Uniondale, NY 11556 | | | | | | $12,283.10 |
| Stagecoach Pipeline 2440 Pershing Road Suite 600 Kansas City, MO 64108 | | | | | | $20,645.24 |
| Tennessee Gas Pipeline P.O. Box 734034 Dallas, TX 75373-4034 | | | | | | $117,058.08 |
| The Payroll Store 575 Underhill Road Syosset, NY 11791 | | | | | | $1,200.00 |
| TransCanada Pipeline 450 - 1st Street S.W. 13th Floor Calgary, Alberta T2P 5H1 | | | | | | $76,317.16 |
| Union Gas Pipeline P.O. Box 2001 50 Keil Drive N Chatham, Ontario N7M 5M1 | | | | | | $6,753.10 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Big Apple Energy, LLC** | | Case number *(if known)* | | |
|--------|---------------------------|--|---------------------------|--|--|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Metro Energy Servi 500 Kingsland Avenue Brooklyn, NY 11222** | | | | | | $59,800.13 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of New York

In re  **Big Apple Energy, LLC** _____    Case No. _____

_____    Chapter    **11**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **100,000.00** |
| Prior to the filing of this statement I have received | $ | **100,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

> A $100,000 retainer was paid to Rabinowitz, Lubetkin & Tully, LLC by Big Apple Energy, LLC, as a retainer for post-petition services on behalf of the Debtor and its affiliate Clear Choice Energy, LLC. The retainer was infused into the Debtor by Victor Ferreira, manager of BAE Energy Management, LLC, the sole member of the Debtor. It is anticipated that an additional $150,000 retainer shall be paid to Rabinowitz, Lubetkin & Tully, LLC pursuant to a carveout in connection with anticipated DIP financing from Macquarie Bank Limited.

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date   8/27/18

_____
Jonathan I. Rabinowitz
Signature of Attorney
**Rabinowitz, Lubetkin & Tully, LLC**
**293 Eisenhower Parkway**
**Suite 100**
**Livingston, NJ 07039**
**973-597-9100   Fax: 973-597-9119**
Name of law firm

---

# United States Bankruptcy Court
### Eastern District of New York

In re   **Big Apple Energy, LLC**
                                                          Case No. _____
                                         Debtor(s)        Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BAE Energy Management, LL**<br>**100 Crossways Park Dr. W.**<br>**Suite 405**<br>**Woodbury, NY 11797** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager of BAE Energy Management, LLC, Sole Member of Debtor** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **August 27, 2018** _____        Signature _____
                                                              Victor M. Ferreira

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of New York

In re    **Big Apple Energy, LLC** _____    Case No. _____

                             Debtor(s)    Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **August 27, 2018** _____

                     Victor M. Ferreira/Manager of BAE Energy Management, LLC,
                     Sole Member of Debtor
                     Signer/Title

Date:    **August 27, 2018** _____

                     Signature of Attorney
                     Jonathan I. Rabinowitz
                     Rabinowitz, Lubetkin & Tully, LLC
                     293 Eisenhower Parkway
                     Suite 100
                     Livingston, NJ 07039
                     973-597-9100   Fax: 973-597-9119

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

AAA Esco, LLC
136 Bay Street
Staten Island, NY 10301


Algonquin Gas Pipeline
5400 Westheimer Court
Houston, TX 77056-5310


All American Power & Gas
2562 Hylan Boulevard
Staten Island, NY 10306


Allied Energy
76 Union Avenue
Suite H
Ronkonkoma, NY 11779


American Express
PO Box 981535
El Paso, TX 79998


Ameristar Energy, LLC
8 Shetland Lane
Saint James, NY 11780


Angela Batterso, Esq.
Katten Muchin RosenmanLLP
575 Madison Avenue
New York, NY 10022


BAE Energy Managment, LLC
c/o Victor Ferreira


Brennan Posner, Esq.
Eversheds-Sutherland
999 Peachtree Street, N.E
#2300
Atlanta, GA 30309


Chiesa Shahinian
One Boland Drive
West Orange, NJ 07052

Christine H. Black
Office of the U.S.Trustee
Alfonse D'Amato Federal C
560 Federal Plaza
Central Islip, NY 11722-4456


City Power and Gas, LLC
9 Stonewall Ridge Road


Cohen Reznick
1301 Ave. of the Americas
New York, NY 10019


Columbia Gas
TransCanada
700 Louisiana Street
Suite 700
Houston, TX 77002-2700


Definite Energy
410 Park Avenue
New York, NY 10022


Dominion Energy Pipeline
707 E. Main Street
18th Floor
Richmond, VA 23219


DTE Energy
414 S. Main Street
Suite 200
Ann Arbor, MI 48104


Dual Fuel Energy Corp.
3605 Segdewick Avenue
Bronx, NY 10463


EDISC
445 Broad Hollow Road
Suite 25
Melville, NY 11747


Empire Pipeline
6363 Main Street
Buffalo, NY 14221-5887

Energy Solutions
14 Plane Tree Lane
Dix Hills, NY 11746


First Choice Energy
23 Sleepy Hollow Lane
Huntington Station, NY 11746


Flanders Energy
645 Rossville Avenue
Staten Island, NY 10309


Global Energy
95-25 Queens Boulevard
Rego Park, NY 11374


Hi-Rise Energyt, LLC
5 Regal Court
Saint James, NY 11780


Holland & Hart
P.O. Box 17283
Denver, CO 80217


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Karen Ferreira
36 Cedar Street
Syosset, NY 11791


Keil & Sons
1 Fairview Avenue
Fairview, NJ 07022


Light Power & Gas
1449 37th Street
Suite 611
Brooklyn, NY 11218


Loeb & Loeb
345 Park Avenue
New York, NY 10154

Macquarie Bank Limited
Level 20
125 West 55th Street
New York, NY 10019


Macquarie Bank Limited
Level 20
125 West 55th Street
New York, NY 10019


Mieco Inc.
301 East Ocean Blvd.
Suite 100
Long Beach, CA 90802-4832


Millennium Pipeline
700 Louisiana Street
Suite 700
Houston, TX 77002-2700


National Fuel Gas
6363 Main Street
Williamsville, NY 14221-5887


Nevada Department of Tax.
Bankruptcy Section
555 E. Washington Ave.
#1300
Las Vegas, NV 89101


Nevada Department of Tax.
Bankruptcy Section
4600 Kietzke Ln.
Suite L-235
Reno, NV 89502


Nevada Department of Tax.
1550 College Parkway
Ste. 115
Carson City, NV 89706


New York Independent
System Operator
10 Krey Boulevard
Rensselaer, NY 12144

North Energy
1425 37th Street
Brooklyn, NY 11218


NYC Department of Finance
345 Adams Street, 3rd Fl.
Attn: Legal Affairs Div.
Brooklyn, NY 11201-3719


NYSDeptofTaxation&Finance
Bankruptcy Unit - TCD
Building 8, Rm. 455
W.A. Harriman StateCampus
Albany, NY 12227


NYSDeptofTaxation&Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205


Pay Less Energy
111 Washington Avenue
Albany, NY 12210


Penta Mezzanine SBIC Fund
20 N. Orange Avenue
Suite 1550
Orlando, FL 32801


Penta Mezzanine SBIC Fund
20 N. Orange Avenue
Suite 1550
Orlando, FL 32801


Pure Energy USA
648 Bay Street
Staten Island, NY 10304


Renaissance Power & Gas
1771 E. Flamingo Road
Las Vegas, NV 89119


RXR Realty LLC
625 RXR Plaza
Uniondale, NY 11556

RXR Realty LLC
625 RXR Plaza
Uniondale, NY 11556


Stagecoach Pipeline
2440 Pershing Road
Suite 600
Kansas City, MO 64108


Tennessee Gas Pipeline
P.O. Box 734034
Dallas, TX 75373-4034


The Payroll Store
575 Underhill Road
Syosset, NY 11791


TransCanada Pipeline
450 - 1st Street S.W.
13th Floor
Calgary, Alberta T2P 5H1


Union Atlantic Energy
261 South Main Street
Newtown, CT 06470


Union Gas Pipeline
P.O. Box 2001
50 Keil Drive N
Chatham, Ontario N7M 5M1


United Energy Supply Corp
235 Sussex Road
New Rochelle, NY 10804


United Metro Energy Servi
500 Kingsland Avenue
Brooklyn, NY 11222


United Metro Energy Servi
500 Kingsland Avenue
Brooklyn, NY 11222

United States Attorney
Eastern District of NY
Attn:Long Island BankProc
610 Federal Plaza, 5th Fl
Central Islip, NY 11722-4454


United States Attorney
ATTN: Civil Process Clerk
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101


United States Attorney
100 W. Liberty Street #60
Reno, NV 89501


US Securities & Exchange
New York Regional Office
Attn:Bank., Brookfield Pl
200 Vesey Street, Ste 400
New York, NY 10281


Utility Expense Reduction
410 Franklin Avenue
Garden City, NY 11530


Victor Ferreira
36 Cedar Street
Syosset, NY 11791


William K. Harrington
Office of the US Trustee
U.S. Federal Office Build
201 Varick St., Ste. 1006
New York, NY 10014

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  Big Apple Energy, LLC                                    **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☑ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: **18-**    JUDGE: _____    DISTRICT/DIVISION:  **Eastern District of New York**

DEBTOR NAME:  **Clear Choice Energy, LLC**

CASE STILL PENDING (Y/N):    **Y**                 *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:    **Affiliate** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____                 *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____                 *[If closed]* Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

_____
Jonathan I. Rabinowitz
Signature of Debtor's Attorney
**Rabinowitz, Lubetkin & Tully, LLC**
**293 Eisenhower Parkway**
**Suite 100**
**Livingston, NJ 07039**
**973-597-9100 Fax:973-597-9119**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise
result.

# United States Bankruptcy Court
### Eastern District of New York

In re  **Big Apple Energy, LLC** _____

Debtor(s)

Case No. _____

Chapter  **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __ **Big Apple Energy, LLC** __ in the above captioned action, certifies that the following is a (are)   LLC    other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the    LLC    equity interests, or states that there are no entities to report under FRBP 7007.1:

**BAE Energy Management, LLC**
**100 Crossways Park Dr. W.**
**Suite 405**
**Woodbury, NY 11797**

☐ None [*Check if applicable*]

**August 27, 2018** _____

Date

_____

**Jonathan I. Rabinowitz**

Signature of Attorney or Litigant
Counsel for   **Big Apple Energy, LLC**
**Rabinowitz, Lubetkin & Tully, LLC**
**293 Eisenhower Parkway**
**Suite 100**
**Livingston, NJ 07039**
**973-597-9100 Fax:973-597-9119**

**UNANIMOUS CONSENT**
**OF BIG APPLE ENERGY, LLC**

I, the undersigned manager of BAE Energy Management, LLC the sole member of Big Apple Energy, LLC (the "Company"), hereby confirm the adoption of the Company of the following resolutions:

> BE IT RESOLVED that the Company is authorized to institute a Chapter 11 bankruptcy filing in the United States Bankruptcy Court for the District of New Jersey; and

> BE IT FURTHER RESOLVED that the Company is authorized to retain the firm of Rabinowitz, Lubetkin & Tully, L.L.C. to act as its bankruptcy counsel in connection with such Chapter 11 bankruptcy filing.

IN WITNESS WHEREOF, the undersigned have executed this Resolution as of this 27 day of August, 2018.

BAE ENERGY MANAGEMENT, LLC
(Sole Member of Company)

By: _____
Manager of BAE Energy Management, LLC
Sole Member