| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | |
| **RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>(973) 597-9100<br>Jonathan I. Rabinowitz<br>Jay L. Lubetkin *(Pro Hac Vice* pending)<br>*Proposed Counsel to Debtor/Debtor-In-Possession<br>Big Apple Energy, LLC* | |
| In re:<br><br>BIG APPLE ENERGY, LLC,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 18-75807<br><br>Honorable Alan S. Trust |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on **September 6, 2018** at **10:30 a.m.** at the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722, before the Honorable Alan S. Trust in Courtroom 960 on the Ninth Floor, the Court will continue the hearing on the motion of Big Apple Energy, LLC, debtor/debtor-in-possession, (the "Debtor"), for authorization to use the cash collateral of Macquarie Investments US Inc. ("Macquarie") and Penta Mezzanine SBIC Fund I, L.P., and to obtain post-petition financing from Macquarie.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order authorizing the use of cash collateral and authorizing debtor-in-possession financing from Macquarie, shall be distributed to creditors and parties in interest, together with the proposed credit agreement and related documents, as soon as such have been agreed upon, in order to enable parties in interest to attend and meaningfully participate in the hearing.

**PLEASE TAKE FURTHER NOTICE** that questions concerning the motion may be directed to Debtor's counsel, Rabinowitz, Lubetkin & Tully, LLC, Attn: Jonathan I. Rabinowitz, Esq., 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039, telephone number 973-597-9100.

DATED:  August 27, 2018

**RABINOWITZ, LUBETKIN & TULLY, LLC**
*Proposed Counsel for Big Apple Energy, LLC, Debtor/Debtor-In-Possession*

By: _____
JONATHAN I. RABINOWITZ

2