# RABINOWITZ, LUBETKIN & TULLY, L.L.C.

ATTORNEYS AT LAW

JONATHAN I. RABINOWITZ*
JAY L. LUBETKIN ∆
MARY ELLEN TULLY, RETIRED
BARRY J. ROY*☐
JEFFREY A. COOPER*
LAURA E. QUINN*
JOHN J. HARMON*
LARRY K. LESNIK+

293 EISENHOWER PARKWAY • SUITE 100
LIVINGSTON, NEW JERSEY 07039
TELEPHONE: (973) 597-9100
FACSIMILE: (973) 597-9119
WWW.RLTLAWFIRM.COM

* MEMBER NJ & NY BARS
∆ MEMBER NJ & GA BARS
+ MEMBER NJ BAR
☐ MEMBER MA BAR

August 30, 2018

<u>Via ECF</u>
Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza, Courtroom 960
Central Islip, New York 11722

    Re:    **Big Apple Energy, LLC**
            **Case No. 18-75807**

            **Clear Choice Energy, LLC**
            **Case No. 18-75808**

Dear Judge Trust:

      In accordance with the Court's directive at the hearing conducted via telephone conference call on August 29, 2018, at the conclusion of which Your Honor "so ordered" the record, enclosed please find proposed forms of short Orders authorizing the use of cash collateral and providing for limited emergent debtor-in-possession financing in favor of Debtor Big Apple Energy, LLC, and authorizing the use of cash collateral, emergent debtor-in-possession financing, and the payment to critical vendors by Clear Choice Energy, LLC.

      These Orders have been reviewed by and are acceptable to Macquarie Investments US Inc., Penta Mezzanine SBIC Fund I, L.P. and the United States Trustee's Office.

      As directed, both PDF and Microsoft Word versions of the proposed forms of Orders are being uploaded through the Court's ECF filing system.

      By copy of this letter, we are providing the Debtors' secured creditors, the Debtors' taxing authority claimants, and the Debtors' 20 largest unsecured creditors of the proposed interim emergent Orders.

August 30, 2018
Page 2

       Notice of the continued hearing on the Debtors' motions to use cash collateral, obtain debtor-in-possession financing, and for authorization to pay critical vendors continued for September 6, 2018 at 10:30 a.m. has already been filed and served to all creditors and parties in interest.

                                Respectfully submitted,

                                RABINOWITZ, LUBETKIN & TULLY, L.L.C.

                                Jonathan I. Rabinowitz

JLL:rg

cc:   Alfred M. Dimino, Esq.
      Brennan Posner, Esq.
      Mark Sherrill, Esq.
      Ben Rosenblum, Esq.
      Debtors' 20 Largest Unsecured Creditors
      Taxing Authority Claimants

F:\Client_Files\A-M\Clear Choice Energy\Honorable Alan S. Trust.doc