JEFFREY A. WURST
RUSKIN MOSCOU FALTISCHEK, P.C.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, New York 11556-1425
(516) 663-6600
*Attorneys for Allied Consolidated Energy,*
*United Energy Supply Corp., Global Energy, LLC,*
*All American Power & Gas, LLC,*
*Flanders Energy LLC and Pure Energy USA, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                              Chapter 11

BIG APPLE ENERGY, LLC                                            Case No. 18-75807-ast

                                        Debtor.
-------------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Ruskin Moscou Faltischek, P.C. ("RMF") by Jeffrey A. Wurst, hereby appears as counsel on behalf of ALLIED CONSOLIDATED ENERGY, UNITED ENERGY SUPPLY CORP., GLOBAL ENERGY, LLC, ALL AMERICAN POWER & GAS, LLC, FLANDERS ENERGY LLC AND PURE ENERGY USA, LLC (collectively, the "ESCO Claimants") and, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 2018, 4001, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), demands that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon RMF at the following address:

> Jeffrey A. Wurst, Esq.
> Ruskin Moscou Faltischek, P.C.
> East Tower, 15th Floor
> 1425 RXR Plaza
> Uniondale, NY 11556-1425
> (516) 663-6600
> E-mail: jwurst@rmfpc.com

1

798543

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise, which affect or seeks to affect in any way, any rights, claims or interests of the ESCO Claimants.

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with the Debtor's Chapter 11 case and Adversary Proceeding is intended to be, or shall be construed as, a waiver of the ESCO Claimants' (i) rights to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) rights to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related thereto; (iii) rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, all of which rights, actions, setoff, defenses, and recoupments are expressly reserved.

Dated: Uniondale, New York
       September 11, 2018

RUSKIN MOSCOU FALTISCHEK, P.C.
*Attorneys for Ameristar Energy, LLC,*
*Allied Consolidated Energy, United Energy Supply*
*Corp., Global Energy, LLC, All American Power &*
*Gas, LLC, Flanders Energy LLC and Pure Energy*
*USA, LLC*

By: _____
Jeffrey A. Wurst
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425
(516) 663-6600

2

798543