| Fill in this information to identify the case: |
| --- |

| Debtor name | **Big Apple Energy, LLC** |
| --- | --- |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | **18-75807** |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
| --- | --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
■  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
■  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
■  Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
■  Schedule H: Codebtors (Official Form 206H)
■  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐  Amended Schedule
■  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9/24/2018          x _____
                                    Signature of individual signing on behalf of debtor

                                    **Victor M. Ferreira**
                                    Printed name

                                    **Manager of BAE Energy Management, LLC, Sole Member of Debtor**
                                    Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Big Apple Energy, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | **18-75807** |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Algonquin Gas Pipeline 5400 Westheimer Court Houston, TX 77056-5310 | | | | | | $9,304.22 |
| American Express PO Box 981535 El Paso, TX 79998 | | | | | | $27,891.67 |
| Chiesa Shahinian One Boland Drive West Orange, NJ 07052 | | | | | | $187,480.31 |
| Cohen Reznick 1301 Ave. of the Americas New York, NY 10019 | | | | | | $200,000.00 |
| Columbia Gas TransCanada 700 Louisiana Street Suite 700 Houston, TX 77002-2700 | | | | | | $75,099.78 |
| Dominion Energy Pipeline 707 E. Main Street 18th Floor Richmond, VA 23219 | | | | | | $79,918.74 |
| DTE Energy 414 S. Main Street Suite 200 Ann Arbor, MI 48104 | | | | | | $208,333.47 |

| Debtor | **Big Apple Energy, LLC** | | | Case number *(if known)* | **18-75807** | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Flanders Energy, LLC c/o Natara Feller, Esq. Feller Energy Law Group, 159 20th Street 1B Brooklyn, NY 11232 | | | Disputed | | | $131,561.00 |
| High Rise Energy 5 Regal Court Saint James, NY 11780 | | | Disputed | | | $134,522.77 |
| Loeb & Loeb 345 Park Avenue New York, NY 10154 | | | | | | $52,382.99 |
| Mieco Inc. 301 East Ocean Blvd. Suite 100 Long Beach, CA 90802-4832 | | | | | | $2,171,340.25 |
| Millennium Pipeline 700 Louisiana Street Suite 700 Houston, TX 77002-2700 | | | | | | $20,424.40 |
| National Fuel Gas 6363 Main Street Williamsville, NY 14221-5887 | | | | | | $9,698.62 |
| RXR Realty LLC 625 RXR Plaza Uniondale, NY 11556 | | | | | | $12,283.10 |
| Stagecoach Pipeline 2440 Pershing Road Suite 600 Kansas City, MO 64108 | | | | | | $20,645.24 |
| Tennessee Gas Pipeline P.O. Box 734034 Dallas, TX 75373-4034 | | | | | | $117,058.08 |
| TransCanada Pipeline 450 - 1st Street S.W. 13th Floor Calgary, Alberta T2P 5H1 | | | | | | $76,317.16 |
| Transcontinental Pipeline 2800 Post Oak Blvd Houston, TX 77056 | | | | | | $527,335.93 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Big Apple Energy, LLC**                                    Case number *(if known)*   **18-75807**
_____Name_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Energy Supply Corp 235 Sussex Road New Rochelle, NY 10804** | | | **Disputed** | | | **$426,428.70** |
| **United Metro Energy Servi 500 Kingsland Avenue Brooklyn, NY 11222** | | | | | | **$58,427.15** |

**Fill in this information to identify the case:**

Debtor name     **Big Apple Energy, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known)     **18-75807**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................... $     **28,287,846.98**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................... $     **28,287,846.98**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **24,800,000.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **4,555,266.98**

4.   **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b                                                    $     **29,355,266.98**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name   **Big Apple Energy, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   **18-75807**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:       Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking Account | 0815 | $147,106.25 |
| 3.2. | Chase | Checking | 7265 | $0.00 |
| 3.3. | Chase | Checking | 6096 | $0.00 |
| 3.4. | Chase | Checking | 8294 | $0.00 |
| 3.5. | Chase | Checking | 6330 | $0.00 |
| 3.6. | Chase | Checking | 7880 | $0.00 |
| 3.7. | Chase | Checking | 9100 | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Big Apple Energy, LLC** | | Case number *(if known)* | **18-75807** |

---

| 3.8. | Chase | Checking | 0170 | $0.00 |
| 3.9. | Chase | Checking | 1320 | $0.00 |
| 3.10. | Chase | Checking | 1510 | $0.00 |
| 3.11 | Chase | Checking | 2620 | $0.00 |
| 3.12. | Chase | Checking | 7250 | $0.00 |
| 3.13. | Chase | Checking | 6070 | $0.00 |
| 3.14. | Chase | Checking | 8210 | $0.00 |
| 3.15. | Chase | Checking | 7363 | $0.00 |
| 3.16. | Chase | Checking | 8217 | $0.00 |
| 3.17. | Chase | Checking | 7067 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                            | $147,106.25 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.    **Algonquin Gas Pipeline**                                                   $20,000.00
**5400 Westheimer Court**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Big Apple Energy, LLC**                                   Case number *(if known)*  **18-75807**
_____            _____
          Name

          **Houston, TX 77056-5310**
_____

---

|       | **Dominion Energy Pipeline**<br>**707 E. Main Street**<br>**18th Floor** |             |
|-------|---------------------------------|-------------|
| 7.2.  | **Richmond, VA 23219**          | $68,001.02  |

|       | **Empire Pipeline**<br>**6363 Main Street** |            |
|-------|---------------------------------|-------------|
| 7.3.  | **Buffalo, NY 14221-5887**      | $2,600.00   |

|       |                                 |             |
|-------|---------------------------------|-------------|
| 7.4.  | **Tetco**                       | $266,000.00 |

|       | **Transcontinental Pipeline Company**<br>**2800 Post Oak Blvd** |              |
|-------|---------------------------------|--------------|
| 7.5.  | **Houston, TX 77056**           | $427,833.65  |

---

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                         | $784,434.67 |
      Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**          See attached rider
       11a. 90 days old or less:        29,187,738.09     -        0.00     = ....    $29,187,738.09
                                        _____                _____
                                        face amount                doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                         | $29,187,738.09 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

|       |                                 | **Valuation method used for current value** | **Current value of debtor's interest** |
|-------|---------------------------------|---------------------------------------------|-----------------------------------------|
| 14.   | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: |  |  |
| 14.1. | **50% interest in Vantage Commodities Financial Services, LLC** |  | **Unknown** |

---

**Big Apple**
**Accounts Receivable**

| Name | Balance | Address |
|---|---|---|
| AAA | $ 8,219.80 | 33 Davison Lane East, West Islip, NY 11795 |
| All American Power & Gas | $ 58,892.00 | 24123 Peachland Blvd C-4, Suite 228, Port Charlotte, FL 33954 |
| Allied | $ 27,208.23 | 1615 Ninth Avenue, St. 202, Bohemia, NY 11716 |
| Ameristar Energy | $ 441,076.70 | 1615 Ninth Avenue, St. 202, Bohemia, NY 11716 |
| Atlantic Energy | $ 772,641.96 | One Shore Avenue, Unit #1, Oyster Bay, NY 11771 |
| City Power & Gas | $ 1,007,247.93 | c/o 261 South Main Street, #329, Newtown, CT 06470 |
| Clear Choice Energy | $ 4,935,034.00 | 100 Crossways Park Drive W - suite 405, Woodbury, NY 11797 |
| Crius Energy | $ 74,000.00 | 535 Connecticut Avenue, Norwalk CT 06854 |
| Definite Energy | $ 3,098.94 | 575 Lexington Avenue, 4th Floor, New York, NY 10022 |
| Dual Fuel Energy Corp. | $ 143,968.10 | 3605 Sedgewick Avenue, Bronx, N.Y. 10463 |
| Energy Discounters | $ 409,176.23 | 445 Broad Hollow Road - STE 25, Melville, NY 11747 |
| Energy Solutions | $ 100,040.48 | 78 Rapelye Street, Brooklyn, NY 11231 |
| First Choice Energy | $ 1,103,846.06 | 23 Sleepy Hollow Lane, Dix Hills, NY 11746 |
| Global Energy | $ 188,951.01 | 5 Penn Plaza STE 2336, New York, NY 10001 |
| Light Power & Gas | $ 48,914.95 | 1449 37th Street, Brooklyn, NY 11218 |
| North Energy | $ 10,104,616.39 | 1481 47th Street, Brooklyn, NY 11219 |
| Northeastern Energy | $ 238,695.79 | P.O. Box 277 - 99 Macombs Place, New York, NY 10039 |
| Pay Less Energy | $ 54,412.56 | 616 Corporate Way, Suite 2-4815, Valley Cottage, NY 10989 |
| Pure Energy | $ 3,561.19 | 648 Bay Street, Staten Island, NY 10304 |
| Renaissance Power & Gas | $ 17,244.65 | 4040 S. Eastern Avenue, #320, Las Vegas, NV 89119 |
| RPA Energy | $ 50,243.85 | 111 John Street #250, New York, NY 10038 |
| Utility Expense Reduction | $ 2,800,672.21 | 111 John Street #250, New York, NY 10038 |
| Vantage Commodities Financial Services, LLC | $ 3,000,000.00 | 55 Fifth Ave., New York, NY 10003 |
| Southview Trucking LTD | $ 85,725.06 | 4801 40th Street, Vermillion Alberta T9X1H6 |
| Aggressive Energy | $ 3,500,000.00 | 78 Rapelye Street, Brooklyn, NY 11231 |
| Nova Inc. | $ 10,250.00 | P.O. Box 380, Allen, KY 41601 |
| **TOTAL** | **$ 29,187,738.09** | |

Debtor    **Big Apple Energy, LLC**                                    Case number *(If known)*  **18-75807**
          Name

14.2.    **15% interest in Carbon Neutral Gas, LLC**                                                        **Unknown**

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
       Name of entity:                                    % of ownership

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                                        **$0.00**
       Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** **Natural Gas** | | Unknown | | $520,644.00 |
| **Compressors** | | Unknown | | $312,088.00 |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                        **$832,732.00**
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Big Apple Energy, LLC**
_____
Name

Case number *(If known)* **18-75807**
_____

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Owned jointly with Clear Choice Energy, LLC** **1 executive office, 9 staff offices, 1 conference room table and 6 chairs, waiting area furniture, 10 computers, 3 printers, and kitchen appliances** | $0.00 | | $5,000.00 |
| 40. **Office fixtures** **See number 39 above** | Unknown | | $0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **See number 39 above** | Unknown | | $0.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $5,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Big Apple Energy, LLC**
_____    Case number *(If known)* **18-75807**
          Name

acreage, factory, warehouse,
apartment or office building, if
available.
55.1.

| | | | | |
|---|---|---|---|---|
| RXR office premises | Rent | $0.00 | | $0.00 |

---

56.    **Total of Part 9.**

|  |
|---|
| $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Big Apple Energy, LLC** | Case number *(if known)* **18-75807** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $147,106.25 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $784,434.67 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $29,187,738.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $832,732.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $30,957,011.01 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $30,957,011.01 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Big Apple Energy, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  **18-75807**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**  **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $     0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $     30,957,011.01

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $     30,957,011.01

**Part 2:**  **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................... $     24,800,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $     0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................... +$     4,555,266.98

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b     $     29,355,266.98

Fill in this information to identify the case:

Debtor name  **Big Apple Energy, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  **18-75807**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Macquarie Bank Limited** | Describe debtor's property that is subject to a lien | **$20,800,000.00** | **Unknown** |

Creditor's Name

**Level 20**
**125 West 55th Street**
**New York, NY 10019**
Creditor's mailing address

Describe the lien

_____

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** **Penta Mezzanine SBIC Fund** | Describe debtor's property that is subject to a lien | **$4,000,000.00** | **Unknown** |
|---|---|---|---|

Creditor's Name

**20 N. Orange Avenue**
**Suite 1550**
**Orlando, FL 32801**
Creditor's mailing address

Describe the lien

_____

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Big Apple Energy, LLC**                                    Case number (if know)    **18-75807**
          Name

■ No
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative    ☐ Unliquidated
priority.                              ☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| | $24,800,000.00 |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Angela Batterso, Esq.<br>Katten Muchin RosenmanLLP<br>575 Madison Avenue<br>New York, NY 10022 | Line  2.2 | |
| Brennan Posner, Esq.<br>Eversheds-Sutherland<br>999 Peachtree Street, N.E<br>#2300<br>Atlanta, GA 30309 | Line  2.1 | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

Debtor name   **Big Apple Energy, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   **18-75807**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| **2.2** | Priority creditor's name and mailing address<br>**Nevada Department of Tax.**<br>**Bankruptcy Section**<br>**555 E. Washington Ave.**<br>**#1300**<br>**Las Vegas, NV 89101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                50844                Best Case Bankruptcy

| Debtor | **Big Apple Energy, LLC** | | Case number (if known) | **18-75807** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nevada Department of Tax.**
**Bankruptcy Section**
**4600 Kietzke Ln.**
**Suite L-235**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Nevada Department of Tax.**
**1550 College Parkway**
**Ste. 115**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**NYC Department of Finance**
**345 Adams Street, 3rd Fl.**
**Attn: Legal Affairs Div.**
**Brooklyn, NY 11201-3719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**NYSDeptofTaxation&Finance**
**Bankruptcy Unit - TCD**
**Building 8, Rm. 455**
**W.A. Harriman StateCampus**
**Albany, NY 12227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **Big Apple Energy, LLC** | Case number (if known) | **18-75807** |
|---|---|---|---|
| | Name | | |

---

**2.7** | Priority creditor's name and mailing address
**NYSDeptofTaxation&Finance**
**Bankruptcy Unit**
**P.O. Box 5300**
**Albany, NY 12205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address
**United States Attorney**
**Eastern District of NY**
**Attn:Long Island BankProc**
**610 Federal Plaza, 5th Fl**
**Central Islip, NY 11722-4454**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address
**United States Attorney**
**ATTN: Civil Process Clerk**
**501 Las Vegas Blvd. South**
**Suite 1100**
**Las Vegas, NV 89101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address
**United States Attorney**
**100 W. Liberty Street #60**
**Reno, NV 89501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Big Apple Energy, LLC** | Case number (if known) | **18-75807** |
|--------|---------------------------|-----------------------|--------------|
|        | Name |  | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**2.11**   Priority creditor's name and mailing address

**US Securities & Exchange**
**New York Regional Office**
**Attn:Bank., Brookfield Pl**
**200 Vesey Street, Ste 400**
**New York, NY 10281**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:      **Unknown**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,304.22** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**Algonquin Gas Pipeline**
**5400 Westheimer Court**
**Houston, TX 77056-5310**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,891.67** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|----------------|

**American Express**
**PO Box 981535**
**El Paso, TX 79998**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**BAE Energy Managment, LLC**
**c/o Victor Ferreira**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$187,480.31** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|-----------------|

**Chiesa Shahinian**
**One Boland Drive**
**West Orange, NJ 07052**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Christine H. Black**
**Office of the U.S.Trustee**
**Alfonse D'Amato Federal C**
**560 Federal Plaza**
**Central Islip, NY 11722-4456**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Apple Energy, LLC** | Case number (if known) | **18-75807** |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address
**Cohen Reznick**
**1301 Ave. of the Americas**
**New York, NY 10019**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$200,000.00**

---

**3.7** | Nonpriority creditor's name and mailing address
**Columbia Gas**
**TransCanada**
**700 Louisiana Street**
**Suite 700**
**Houston, TX 77002-2700**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$75,099.78**

---

**3.8** | Nonpriority creditor's name and mailing address
**Dominion Energy Pipeline**
**707 E. Main Street**
**18th Floor**
**Richmond, VA 23219**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$79,918.74**

---

**3.9** | Nonpriority creditor's name and mailing address
**DTE Energy**
**414 S. Main Street**
**Suite 200**
**Ann Arbor, MI 48104**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$208,333.47**

---

**3.10** | Nonpriority creditor's name and mailing address
**Empire Pipeline**
**6363 Main Street**
**Buffalo, NY 14221-5887**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$415.30**

---

**3.11** | Nonpriority creditor's name and mailing address
**Flanders Energy, LLC**
**c/o Natara Feller, Esq.**
**Feller Energy Law Group,**
**159 20th Street 1B**
**Brooklyn, NY 11232**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$131,561.00**

---

**3.12** | Nonpriority creditor's name and mailing address
**High Rise Energy**
**5 Regal Court**
**Saint James, NY 11780**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$134,522.77**

---

| Debtor | **Big Apple Energy, LLC** | Case number (if known) | **18-75807** |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$445.00** |
|---|---|---|---|

**Holland & Hart**
P.O. Box 17283
Denver, CO 80217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Karen Ferreira**
36 Cedar Street
Syosset, NY 11791

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,382.99** |
|---|---|---|---|

**Loeb & Loeb**
345 Park Avenue
New York, NY 10154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Macquarie Bank Limited**
Level 20
125 West 55th Street
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,171,340.25** |
|---|---|---|---|

**Mieco Inc.**
301 East Ocean Blvd.
Suite 100
Long Beach, CA 90802-4832

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,424.40** |
|---|---|---|---|

**Millennium Pipeline**
700 Louisiana Street
Suite 700
Houston, TX 77002-2700

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,698.62** |
|---|---|---|---|

**National Fuel Gas**
6363 Main Street
Williamsville, NY 14221-5887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Big Apple Energy, LLC**
_____    Case number (if known)    **18-75807**
Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**New York Independent System Operator**
**10 Krey Boulevard**
**Rensselaer, NY 12144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Penta Mezzanine SBIC Fund**
**20 N. Orange Avenue**
**Suite 1550**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,283.10** |

**RXR Realty LLC**
**625 RXR Plaza**
**Uniondale, NY 11556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,645.24** |

**Stagecoach Pipeline**
**2440 Pershing Road**
**Suite 600**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$117,058.08** |

**Tennessee Gas Pipeline**
**P.O. Box 734034**
**Dallas, TX 75373-4034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |

**The Payroll Store**
**575 Underhill Road**
**Syosset, NY 11791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76,317.16** |

**TransCanada Pipeline**
**450 - 1st Street S.W.**
**13th Floor**
**Calgary, Alberta T2P 5H1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Big Apple Energy, LLC** | Case number (if known) | **18-75807** |
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $527,335.93 |
|---|---|---|---|
| | **Transcontinental Pipeline**<br>**2800 Post Oak Blvd**<br>**Houston, TX 77056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,753.10 |
|---|---|---|---|
| | **Union Gas Pipeline**<br>**P.O. Box 2001**<br>**50 Keil Drive N**<br>**Chatham, Ontario N7M 5M1** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $426,428.70 |
|---|---|---|---|
| | **United Energy Supply Corp**<br>**235 Sussex Road**<br>**New Rochelle, NY 10804** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,427.15 |
|---|---|---|---|
| | **United Metro Energy Servi**<br>**500 Kingsland Avenue**<br>**Brooklyn, NY 11222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Victor Ferreira**<br>**36 Cedar Street**<br>**Syosset, NY 11791** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  NOTICE ONLY | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **William K. Harrington**<br>**Office of the US Trustee**<br>**U.S. Federal Office Build**<br>**201 Varick St., Ste. 1006**<br>**New York, NY 10014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Big Apple Energy, LLC** | Case number (if known) | **18-75807** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Ann Marie Bermont, Esq.<br>FELLER LAW GROUP, PLLC<br>159 20th Street, Suite 1B<br>Brooklyn, NY 11232 | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Anthony F. Valente<br>United Metro Energy<br>500 Kingsland Avenue<br>Brooklyn, NY 11222 | Line **3.30**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Ben Rosenblum, Esq.<br>Jones Day<br>250 Vesey Street<br>New York, NY 10281-1047 | Line **3.21**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Bradley Duncan, Esq.<br>Hillis Clark Martin & Pet<br>999 Third Avenue<br>Suite 4600<br>Seattle, WA 98104 | Line **3.20**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Brennan Posner, Esq.<br>Eversheds-Sutherland<br>999 Peachtree Street, N.E<br>#2300<br>Atlanta, GA 30309 | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Edward Christian, Esq.<br>Eversheds-Sutherland<br>999 Peachtree Street, N.E<br>#2300<br>Atlanta, GA 30309 | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Jeffrey A. Wurst, Esq.<br>Ruskin Moscou Faltischek,<br>East Tower, 15th Floor 14<br>RXR Plaza<br>Uniondale, NY 11556-1425 | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Jeffrey A. Wurst, Esq.<br>Ruskin Moscou Faltischek,<br>East Tower, 15th Floor 14<br>RXR Plaza<br>Uniondale, NY 11556-1425 | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | Jeffrey A. Wurst, Esq.<br>Ruskin Moscou Faltischek,<br>East Tower, 15th Floor 14<br>RXR Plaza<br>Uniondale, NY 11556-1425 | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | Jennifer L. Hartman, Esq.<br>Ruskin Moscou Faltischek,<br>East Tower, 15th Floor 14<br>RXR Plaza<br>Uniondale, NY 11556-1425 | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | Jennifer L. Hartman, Esq.<br>Ruskin Moscou Faltischek,<br>East Tower, 15th Floor 14<br>RXR Plaza<br>Uniondale, NY 11556-1425 | Line **3.29**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Big Apple Energy, LLC** | Case number (if known) | **18-75807** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.12 Jennifer L. Hartman, Esq.<br>Ruskin Moscou Faltischek,<br>East Tower, 15th Floor 14<br>RXR Plaza<br>Uniondale, NY 11556-1425 | Line **3.12**<br><br>☐ Not listed. Explain _____ | _ |
| 4.13 Josh Rataezyk, Esq.<br>Hillis Clark Martin & Pet<br>999 Third Avenue<br>Suite 4600<br>Seattle, WA 98104 | Line **3.20**<br><br>☐ Not listed. Explain _____ | _ |
| 4.14 Michael S. Amato, Esq.<br>Ruskin Moscou Faltischek,<br>East Tower, 15th Floor 14<br>RXR Plaza<br>Uniondale, NY 11556-1425 | Line **3.11**<br><br>☐ Not listed. Explain _____ | _ |
| 4.15 Michael S. Amato, Esq.<br>Ruskin Moscou Faltischek,<br>East Tower, 15th Floor 14<br>RXR Plaza<br>Uniondale, NY 11556-1425 | Line **3.29**<br><br>☐ Not listed. Explain _____ | _ |
| 4.16 Michael S. Amato, Esq.<br>Ruskin Moscou Faltischek,<br>East Tower, 15th Floor 14<br>RXR Plaza<br>Uniondale, NY 11556-1425 | Line **3.12**<br><br>☐ Not listed. Explain _____ | _ |
| 4.17 Steven M. Golub, Esq.<br>Golub Law, PLLC<br>225 Broadway<br>Suite 1515<br>New York, NY 10007 | Line **3.17**<br><br>☐ Not listed. Explain _____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,555,266.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,555,266.98 |

**Fill in this information to identify the case:**

Debtor name __**Big Apple Energy, LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number (if known) __**18-75807**__

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas Sales Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **AAA Esco, LLC**<br>**PO Box 395**<br>**Babylon, NY 11702** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Settlement Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Aggressive Energy**<br>**78 Rapelye Street**<br>**Brooklyn, NY 11231** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchase and Supply Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **All American Power & Gas**<br>**24123 Peachland Boulevard**<br>**C-4, St. 228**<br>**Port Charlotte, FL 33954** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas Supply Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Allied Consolid Energy**<br>**1615 Ninth Avenue**<br>**Suite 202**<br>**Bohemia, NY 11716** |

Debtor 1   **Big Apple Energy, LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **18-75807**
_____

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Preferred Supplier Contract and Natural Gas Sales Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Ameristar Energy, LLC**<br>**8 Shetland Lane**<br>**Saint James, NY 11780** |

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchase & Supply Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **City Power and Gas, LLC**<br>**10115 East Bell Road**<br>**Suite 107-405**<br>**Scottsdale, AZ 85260** |

| | | |
|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas Supply Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Dual Fuel Energy Corp.**<br>**3605 Segdewick Avenue**<br>**Attn: Joseph Bohm**<br>**Bronx, NY 10463** |

| | | |
|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas Supply Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Energy Discounters, LLC**<br>**445 Broad Hollow Road**<br>**Suite 25**<br>**Melville, NY 11747** |

| | | |
|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas Supply Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **First Choice Energy**<br>**23 Sleepy Hollow Lane**<br>**Huntington Station, NY 11746** |

| | | |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchase & Supply Agreement** |
| | State the term remaining | |
| | List the contract number of any | **Flanders Energy**<br>**645 Rossville Avenue**<br>**No. 90333**<br>**Staten Island, NY 10309** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Big Apple Energy, LLC**
_____
First Name        Middle Name        Last Name

Case number *(if known)*    **18-75807**

▓▓ **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

|  | government contract | | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas Supply Contract** | |
|---|---|---|---|
| | State the term remaining | | **Global Energy** |
| | List the contract number of any government contract | | **5 Penn Plaza** **23rd Floor** **New York, NY 10001** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas Sales Contract** | |
|---|---|---|---|
| | State the term remaining | | **Hi-Rise Energy, LLC** |
| | List the contract number of any government contract | | **5 Regal Court** **Saint James, NY 11780** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas Sales Contract** | |
|---|---|---|---|
| | State the term remaining | | **Infinite Energy Corp.** |
| | List the contract number of any government contract | | **575 Lexington Avenue** **4th Floor** **New York, NY 10038** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas Supply Contract** | |
|---|---|---|---|
| | State the term remaining | | **Keil & Bobken's** |
| | List the contract number of any government contract | | **1 Fairview Avenue** **Fairview, NJ 07022** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas Supply Contract** | |
|---|---|---|---|
| | State the term remaining | | **Light Power & Gas** |
| | List the contract number of any government contract | | **1449 37th Street** **Suite 611** **Brooklyn, NY 11218** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Agreement** | **Macquarie Investments US** **125 West 55th Street** **Level 20** **New York, NY 10019** |
|---|---|---|---|

Debtor 1  **Big Apple Energy, LLC**                                              Case number *(if known)*  **18-75807**
_____
First Name        Middle Name        Last Name

▓▓▓  **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State the term remaining

List the contract number of any
government contract

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas Sales Contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**North Energy**
**1425 37th Street**
**Brooklyn, NY 11218**

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas Supply Contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Northeastern Energy Corp.**
**501 West 144th Street**
**New York, NY 10031**

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas Supply Contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Pay Less Energy**
**616 Corporate Way**
**Suite 2-4815**
**Valley Cottage, NY 10989**

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Penta Mezzanine SBIC Fund**
**20 N. Orange Avenue**
**Suite 1550**
**Orlando, FL 32801**

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchase & Supply Contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Pure Energy USA**
**648 Bay Street**
**Staten Island, NY 10304**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **Big Apple Energy, LLC**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **18-75807**
_____

▓▓▓  **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas Supply Contract** | |
| | State the term remaining | | **Renaissance Power & Gas** |
| | List the contract number of any government contract | _____ | **1771 E. Flamingo Road Suite 115A Las Vegas, NV 89119** |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Office Premises** | |
| | State the term remaining | | **RXR Realty LLC** |
| | List the contract number of any government contract | _____ | **625 RXR Plaza Uniondale, NY 11556** |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Loan and Security Agreement and Master Purchase & Supply Contract** | |
| | State the term remaining | | **Union Atlantic Energy** |
| | List the contract number of any government contract | _____ | **261 South Main Street Newtown, CT 06470** |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas Sales Contract** | |
| | State the term remaining | | **United Energy Supply Corp** |
| | List the contract number of any government contract | _____ | **235 Sussex Road New Rochelle, NY 10804** |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas Sales Contract** | |
| | State the term remaining | | **United Metro Energy Serv** |
| | List the contract number of any government contract | _____ | **500 Kingsland Avenue Brooklyn, NY 11222** |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas Supply Contract** | |
| | State the term remaining | | **Utility Expense Reduction** |
| | List the contract number of any | _____ | **111 John Street New York, NY 10038** |

| Debtor 1 | **Big Apple Energy, LLC** | | Case number (*if known*) | **18-75807** |
| | First Name          Middle Name          Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| government contract | _____ | _____ |

**Fill in this information to identify the case:**

Debtor name **Big Apple Energy, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **18-75807**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Clear Choice Energy, LLC | 100 Crossways Park Drive West Suite 405 Woodbury, NY 11797 | Macquarie Bank Limited | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Clear Choice Energy, LLC | 100 Crossways Park Drive West Suite 405 Woodbury, NY 11797 | Penta Mezzanine SBIC Fund | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Victor Ferreira | 36 Cedar Street Syosset, NY 11791 Contingent and Disputed | Macquarie Bank Limited | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Victor Ferreira | 36 Cedar Street Syosset, NY 11791 Contingent and Disputed | Penta Mezzanine SBIC Fund | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Big Apple Energy, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   **18-75807**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2018** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$28,351,099.00** |
| **For prior year:** From **1/01/2017** to **12/31/2017** | ■ Operating a business ☐ Other _____ | **$52,139,852.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See attached Rider** | | **$37,928,927.24** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

**Big Apple Energy**
**Cash Disbursements**
May 29 through August 27, 2018

4:51 PM
08/82/2018
Accrual Basis

| Type | Date | Num | Name | Memo | Split | Credit |
|---|---|---|---|---|---|---|
| **May 29 - Aug 27, 18** | | | | | | |
| Transfer | 05/29/2018 | | Citibank | Funds Transfer | 1000 · Citibank ~ 8771 | 1,500,000.00 |
| Transfer | 05/29/2018 | | Citibank | Funds Transfer | 1002 · JPMC Access ~ 8815 | |
| Check | 05/29/2018 | WT | North Energy | ACH of 5/29/18 | 1200 · Accounts Receivable | 81,124.78 |
| Check | 05/29/2018 | WT | Global Energy (Laundry Corp) | WT of 5/29/2018 | 1200 · Accounts Receivable | 100,000.00 |
| Check | 05/29/2018 | WT | Transco | Pipeline Charges | 21046 · Transco | 532,000.00 |
| Check | 05/30/2018 | 2252 | RXR Woodbury Properties | | 6850 · Rent | 3,865.00 |
| Check | 05/30/2018 | WT | Audi Financial | | 6000 · Auto Expense | 2,230.31 |
| Check | 05/30/2018 | WT | MCJ Consulting | | 6828 · Professional Fees & Dues | 9,500.00 |
| Check | 05/30/2018 | ACH | Verizon | Monthly bill paid | 6825 · Internet & Telephone Services | 57.86 |
| Check | 05/31/2018 | ACH | ED EC | ACH of 5/31/2018 | 1200 · Accounts Receivable | 35,000.00 |
| Check | 05/31/2018 | ACH | Hi-Rise Energy, LLC | ACH of 5/31/2018 | 1200 · Accounts Receivable | 125,000.00 |
| Check | 05/31/2018 | ACH | ISO NE - UAE | ISO NE invoice paid for UAE | 2930 · EL Payments Due to Clear Choice | 7,947.41 |
| Check | 05/31/2018 | ACH | ISO NE - UER | ISO NE invoice paid for UER | 2930 · EL Payments Due to Clear Choice | 4,513.07 |
| Check | 05/31/2018 | ACH | ISO NE - RPG | Inv for RPG paid | 2930 · EL Payments Due to Clear Choice | 21.49 |
| Check | 05/31/2018 | ACH | NYSERDA - PLE | Paid for Payless | 2930 · EL Payments Due to Clear Choice | 1,302.57 |
| Check | 05/31/2018 | ACH | NYSERDA - RPG | Paid for RPG @ CCE | 2930 · EL Payments Due to Clear Choice | 10,740.00 |
| Check | 05/31/2018 | ACH | NYSERDA - UER | Paid for UER @ CCE | 2930 · EL Payments Due to Clear Choice | 70,753.21 |
| Bill Pmt - Check | 05/31/2018 | ACH | Penn Mezzanine | Monthly instalment | 2200 · Accounts Payable | 141,126.67 |
| Check | 06/01/2018 | WT | Arlene Edelman | | 6650 · Miscellaneous | 1,000.00 |
| Check | 06/01/2018 | WT | Eisner Amper LLP | | 6629 · Accounting | 15,000.00 |
| Check | 06/01/2018 | ACH | ISO NE - UAE | ISO NE invoice paid for UAE | 2930 · EL Payments Due to Clear Choice | 2,808.48 |
| Check | 06/01/2018 | ACH | ISO NE - UER | ISO NE invoice paid for UER | 2930 · EL Payments Due to Clear Choice | 1,436.90 |
| Check | 06/01/2018 | ACH | ISO NE - RPG | Inv for RPG paid | 2930 · EL Payments Due to Clear Choice | 3.81 |
| Check | 06/01/2018 | ACH | NYSO | To NYISO for CCE Inv Pmt | 2935 · EL Payments Due to Clear Choice | 104,457.91 |
| Check | 06/01/2018 | ACH | NYSO - NEP | To NYISO for NEP @ CCE Inv pmt | 2935 · EL Payments Due to Clear Choice | 61,271.07 |
| Check | 06/01/2018 | ACH | NYSO - UER | Nyiso invoice of paid for UER @ CCE, inv pmt | 2935 · EL Payments Due to Clear Choice | 109,509.20 |
| Check | 06/01/2018 | ACH | PJM - All American Power & Gas | Pjm invoice for AAPG paid | 2930 · EL Payments Due to Clear Choice | 51.46 |
| Check | 06/01/2018 | ACH | PJM - Pure Energy USA | paid for Pure Energy USA @ CCE | 2930 · EL Payments Due to Clear Choice | 5,861.95 |
| Check | 06/01/2018 | ACH | PJM - RPA Energy | PJM invoice for RPA Corned | 2930 · EL Payments Due to Clear Choice | 46,237.07 |
| Check | 06/01/2018 | ACH | PJM - RPA Energy | PJM invoice for RPA Corned | 2930 · EL Payments Due to Clear Choice | 17,662.78 |
| Check | 06/01/2018 | ACH | Payroll | | -SPLIT- | 31,631.20 |
| Transfer | 06/04/2018 | | | Funds Transfer | 1000 · Citibank ~ 8771 | 400,000.00 |
| Transfer | 06/04/2018 | | JPMC Access ~ 8815 | Funds Transfer | 1002 · JPMC Access ~ 8815 | |
| Check | 06/04/2018 | WT | SHY Metros Investment Servicing | Paid on behalf of UER | 2930 · EL Payments Due to Clear Choice | -15,000.00 |
| Check | 06/04/2018 | ACH | NYISO | To NYISO for CCE Inv Pmt - Colateral | 2930 · EL Payments Due to Clear Choice | 17,227.43 |
| Check | 06/04/2018 | ACH | NYISO - NEP | To NYISO for NEP @ CCE Inv pmt - Colateral | 2930 · EL Payments Due to Clear Choice | 654.73 |
| Check | 06/04/2018 | ACH | NYSERDA - PLE | Paid for Payless | 2930 · EL Payments Due to Clear Choice | 11.35 |
| Check | 06/04/2018 | ACH | NYSERDA - UER | Paid for UER @ CCE | 2930 · EL Payments Due to Clear Choice | 634.80 |
| Check | 06/05/2018 | WT | Carbon Capture Resources | Investment Deposit | 2130 · Carbon Capture Resources | 100,000.00 |
| Check | 06/05/2018 | ACH | MFSCCM | monthly pmt | 6900 · Internet & Telephone Services | 145.00 |
| Check | 06/05/2018 | 2253 | Optimum | | 6000 · Auto Expense | 726.17 |
| Check | 06/05/2018 | 2254 | Okin & Edelman PC | | 6630 · Legal Fees | 6,534.00 |
| Check | 06/05/2018 | 2255 | Harkins Kovali & Periskin | | 6630 · Legal Fees | 2,190.00 |
| Check | 06/05/2018 | 2256 | PR Newswire Association, LLC | | 6660 · Subscriptions | 185.00 |
| Check | 06/05/2018 | 2257 | Davis & Gilbert LLP | VOID: | 6630 · Legal Fees | |

| Type | Date | Num | Name | Memo | Split | Credit |
|------|------|-----|------|------|-------|--------|
| Check | 06/06/2018 | ACH | ISO NE - UAE | ISO NE Invoice paid for UAE | 2930 - EL Payments Due to Clear Choice | 15,843.52 |
| Check | 06/06/2018 | ACH | ISO NE - UER | ISO NE Invoice paid for UER | 2930 - EL Payments Due to Clear Choice | 11,210.59 |
| Check | 06/06/2018 | ACH | ISO NE - RPG | Inv for RPG paid | 2930 - EL Payments Due to Clear Choice | 49.00 |
| Check | 06/08/2018 | ACH | ICE | Subscription for use of software | 6660 - Subscriptions | 2,118.16 |
| Check | 06/08/2018 | ACH | ISO NE - UAE | ISO NE Invoice paid for UAE | 2930 - EL Payments Due to Clear Choice | 14,935.40 |
| Check | 06/08/2018 | ACH | ISO NE - UER | ISO NE Invoice paid for UER | 2930 - EL Payments Due to Clear Choice | 10,392.84 |
| Check | 06/08/2018 | ACH | ISO NE - RPG | Inv for RPG paid | 2930 - EL Payments Due to Clear Choice | 25.84 |
| Check | 06/08/2018 | ACH | NYISO | To NYISO for CCE Inv Pmt | 2930 - EL Payments Due to Clear Choice | 27,039.16 |
| Check | 06/08/2018 | ACH | NYISO - NEP | To NYISO for NEP @ CCE Inv pmt | 2930 - EL Payments Due to Clear Choice | 15,414.46 |
| Check | 06/08/2018 | ACH | PJM - All American Power & Gas | Pjm Invoice for AAPG paid | 2930 - EL Payments Due to Clear Choice | 346.23 |
| Check | 06/08/2018 | ACH | PJM - Pure Energy USA | paid for Pure Energy USA @ CCE | 2930 - EL Payments Due to Clear Choice | 7,619.23 |
| Check | 06/08/2018 | ACH | PJM - RPA Energy | PJM Invoice for RPA.Comed | 2930 - EL Payments Due to Clear Choice. | 85,859.24 |
| Check | 06/08/2018 | ACH | PJM - RPA Energy | PJM Invoice for RPA | 2930 - EL Payments Due to Clear Choice | 19,791.29 |
| Check | 06/11/2018 | ACH | NYISO | To NYISO for CCE Inv Pmt | 2930 - EL Payments Due to Clear Choice | 57,290.52 |
| Check | 06/11/2018 | ACH | NYISO - UER | Nyiso Invoice ofpaid for UER @ CCE Inv pmt | 2930 - EL Payments Due to Clear Choice | 104,809.42 |
| Check | 06/11/2018 | ACH | AMEX | Creditcard payment | -SPLIT- | 5,871.12 |
| Check | 06/13/2018 | ACH | William Penn | Life Insurance for Victor | 6507 - Life Insurance | 455.88 |
| Check | 06/13/2018 | ACH | ISO NE | Inv for CCE paid | 2930 - EL Payments Due to Clear Choice | 1,169.97 |
| Check | 06/13/2018 | ACH | ISO NE - UAE | ISO NE Invoice paid for UAE | 2930 - EL Payments Due to Clear Choice | 154,602.77 |
| Check | 06/13/2018 | ACH | ISO NE - UER | ISO NE Invoice paid for UER | 2930 - EL Payments Due to Clear Choice | 99,859.67 |
| Check | 06/13/2018 | ACH | ISO NE - RPG | Inv for RPG paid | 2930 - EL Payments Due to Clear Choice | 1,592.96 |
| Check | 06/14/2018 | WT | Macquarie Energy | May 2018 Hedging - EL | 2930 - EL Payments Due to Clear Choice | 54,176.88 |
| Check | 06/15/2018 | ACH | Clear Point Energy | | 6826 - Professional Fees & Dues | 2,250.00 |
| Check | 06/15/2018 | ACH | ISO NE | Inv for CCE paid | 2930 - EL Payments Due to Clear Choice | 9,169.00 |
| Check | 06/15/2018 | ACH | ISO NE - RPG | Inv for RPG paid | 2930 - EL Payments Due to Clear Choice | 31.85 |
| Check | 06/15/2018 | ACH | NYISO | To NYISO for CCE Inv Pmt | 2930 - EL Payments Due to Clear Choice | 161,239.75 |
| Check | 06/15/2018 | ACH | NYISO - NEP | To NYISO for NEP @ CCE Inv pmt | 2930 - EL Payments Due to Clear Choice | 101,339.40 |
| Check | 06/15/2018 | ACH | NYISO - UER | nyiso Invoice ofpaid for UER @ CCE inv pmt | 2930 - EL Payments Due to Clear Choice | 199,996.91 |
| Check | 06/15/2018 | ACH | PJM - All American Power & Gas | Pjm invoice for AAPG paid | 2930 - EL Payments Due to Clear Choice. | 536.22 |
| Check | 06/15/2018 | ACH | PJM - Pure Energy USA | paid for Pure Energy USA @ CCE | 2930 - EL Payments Due to Clear Choice | 8,120.71 |
| Check | 06/15/2018 | ACH | PJM - RPA Energy | PJM Invoice for RPA.Comed | 2930 - EL Payments Due to Clear Choice | 56,055.04 |
| Check | 06/15/2018 | ACH | PJM - RPA Energy | PJM Invoice for RPA | 2930 - EL Payments Due to Clear Choice | 27,605.16 |
| Check | 06/15/2018 | ACH | SKYLINE - RPA | Paid for RPA Energy @ CCE | 2930 - EL Payments Due to Clear Choice | 12,750.00 |
| Check | 06/15/2018 | ACH | Payroll | | -SPLIT- | 31,511.31 |
| Check | 06/19/2018 | ACH | ISO NE - UAE | ISO NE Invoice paid for UAE | 2930 - EL Payments Due to Clear Choice | 14,168.85 |
| Check | 06/19/2018 | D/R | Bank Charges | Account Settlement charges | 6220 - JPMC Access ~ 0815 | 6,656.98 |
| Check | 06/19/2018 | D/R | Bank Charges | Service Charge | 6210 - Citibank~8771 | 874.10 |
| Check | 06/20/2018 | ACH | ISO NE - UAE | ISO NE Invoice paid for UAE | 2930 - EL Payments Due to Clear Choice | 9,150.59 |
| Check | 06/20/2018 | ACH | ISO NE - UER | ISO NE Invoice paid for UER | 2930 - EL Payments Due to Clear Choice | 5,021.45 |
| Check | 06/20/2018 | ACH | ISO NE - RPG | Inv for RPG paid | 2930 - EL Payments Due to Clear Choice | 20.86 |
| Check | 06/22/2018 | ACH | ISO NE - UAE | ISO NE Invoice paid for UAE | 2930 - EL Payments Due to Clear Choice | 13,212.26 |
| Check | 06/22/2018 | ACH | ISO NE - UER | ISO NE Invoice paid for UER | 2930 - EL Payments Due to Clear Choice | 8,364.45 |
| Check | 06/22/2018 | ACH | ISO NE - RPG | Inv for RPG paid | 2930 - EL Payments Due to Clear Choice | 32.36 |
| Check | 06/22/2018 | ACH | PJM - All American Power & Gas | Pjm invoice for AAPG paid | 2930 - EL Payments Due to Clear Choice | 504.19 |
| Check | 06/22/2018 | ACH | PJM - Pure Energy USA | paid for Pure Energy USA @ CCE | 2930 - EL Payments Due to Clear Choice | 8,977.73 |
| Check | 06/22/2018 | ACH | PJM - RPA Energy | PJM Invoice for RPA.Comed | 2930 - EL Payments Due to Clear Choice | 70,452.02 |
| Check | 06/22/2018 | ACH | PJM - RPA Energy | PJM Invoice for RPA | 2930 - EL Payments Due to Clear Choice | 19,342.44 |
| Transfer | 06/22/2018 | | Citbank | Funds Transfer | 1030 - Citbank ~8771 | 4,922,213.78 |
| Transfer | 06/22/2018 | | JPMC Access ~ 0815 | Funds Transfer | 1002 - JPMC Access ~ 0815 | |

| Type | Date | Num | Name | Memo | Split | Credit |
|------|------|-----|------|------|-------|--------|
| Check | 06/22/2018 | WT | NYISO | To NYISO for CCE Inv Pmt | 2930 - EL Payments Due to Clear Choice | 179,210.73 |
| Check | 06/22/2018 | WT | NYISO - UER | Nyiso Invoice o/paid for UER @ CCE, | 2930 - EL Payments Due to Clear Choice | 182,629.68 |
| Check | 06/22/2018 | WT | NYISO - NEP | To NYISO for NEP @ CCE Inv pmt | 2930 - EL Payments Due to Clear Choice | 91,696.88 |
| Bill Pmt -Check | 06/25/2018 | ACH | Algonquin Gas Transmission | Pipeline Charges | 2200 - Accounts Payable | 8,947.55 |
| Bill Pmt -Check | 06/25/2018 | ACH | Columbia Gas | Pipeline Charges | 2200 - Accounts Payable | 51,134.27 |
| Bill Pmt -Check | 06/25/2018 | ACH | Dominion | Gas Purchased | 2200 - Accounts Payable | 24,570.92 |
| Bill Pmt -Check | 06/25/2018 | ACH | DTE Energy | Gas Purchased | 2200 - Accounts Payable | 309,650.99 |
| Bill Pmt -Check | 06/25/2018 | ACH | Empire Pipeline | Pipeline Charges | 2200 - Accounts Payable | 212.87 |
| Bill Pmt -Check | 06/25/2018 | ACH | Iroquois Pipeline | Pipeline Charges | 2200 - Accounts Payable | 264,306.25 |
| Bill Pmt -Check | 06/25/2018 | ACH | Millennium Pipeline | Pipeline Charges | 2200 - Accounts Payable | 10,011.42 |
| Bill Pmt -Check | 06/25/2018 | ACH | National Fuel Supply Corp. | Pipeline Charges | 2200 - Accounts Payable | 4,943.76 |
| Bill Pmt -Check | 06/25/2018 | ACH | Tennessee | Pipeline Charges | 2200 - Accounts Payable | 54,839.54 |
| Bill Pmt -Check | 06/25/2018 | ACH | Tetco | Pipeline Charges | 2200 - Accounts Payable | 147,678.07 |
| Bill Pmt -Check | 06/25/2018 | ACH | Transco | Pipeline Charges | 2200 - Accounts Payable | 482,626.30 |
| Bill Pmt -Check | 06/25/2018 | ACH | Union Gas | Pipeline Charges | 2200 - Accounts Payable | 3,444.60 |
| Check | 06/25/2018 | ACH | NYISO - NEP | To NYISO for NEP @ CCE Inv pmt - Collateral | 2930 - EL Payments Due to Clear Choice | 13,787.81 |
| Check | 06/25/2018 | ACH | NYISO - UER | Nyiso Invoice o/paid for UER @ CCE - Collateral | 2930 - EL Payments Due to Clear Choice | 42,986.03 |
| Check | 06/25/2018 | 2263 | NYSIF Disability Benefit | | 6501 - Disability Insurance | 330.95 |
| Check | 06/25/2018 | 2262 | NYSIF Workers' Compensation | | 6504 - Worker's Comp | 1,506.73 |
| Check | 04/25/2018 | 2261 | Empire Blue Cross | | 6505 - Health Insurance | 13,893.46 |
| Check | 06/25/2018 | 2260 | Oxford Benefit Management | | 6506 - Dental Insurance | 854.17 |
| Check | 06/25/2018 | 2259 | Broadview Networks | | 6652 - Telephone | 436.23 |
| Check | 05/25/2018 | 2258 | Chase Ink Credit Card | Credit Card payment | 2226 - Chase Ink | 235.83 |
| Bill Pmt -Check | 06/25/2018 | ACH | Stagecoach Pipeline | Pipeline Charges | 2200 - Accounts Payable | 10,322.83 |
| Bill Pmt -Check | 06/25/2018 | ACH | Transco | Pipeline Charges | 2200 - Accounts Payable | 811.71 |
| Check | 06/25/2018 | ACH | Bank Direct Capital Finance | E&O Liability Insurance | 6603 - Prof Liability Insurance (E&O) | 14,277.39 |
| Check | 06/25/2018 | ACH | William Penn - Penta Capital | Life Insurance on Victor for Penta Capital loan | 6507 - Life Insurance | 548.00 |
| Bill Pmt -Check | 06/25/2018 | WT | Transcanada | Pipeline Charges | 2200 - Accounts Payable | 29,300.63 |
| Bill Pmt -Check | 06/26/2018 | ACH | MECO | Gas Purchased | 2200 - Accounts Payable | 942,946.46 |
| Bill Pmt -Check | 06/26/2018 | ACH | Macquarie - Line of Credit | March 2018 Fees and Interest | 2930 - EL Payments Due to Clear Choice | 148,597.41 |
| Check | 06/27/2018 | ACH | ISO NE - UAE | ISO NE Invoice paid for UAE | 2930 - EL Payments Due to Clear Choice | 16,090.89 |
| Check | 06/27/2018 | ACH | ISO NE - UER | ISO NE Invoice paid for UER | 2930 - EL Payments Due to Clear Choice | 9,732.89 |
| Check | 06/27/2018 | ACH | ISO NE - RPG | Inv for RPG paid | 2930 - EL Payments Due to Clear Choice | 59.40 |
| Check | 06/27/2018 | ACH | PJM - RPA/Energy | PJM Invoice for RPA - Collateral | 2930 - EL Payments Due to Clear Choice | 13,399.00 |
| Check | 06/27/2018 | WT | Victor Ferreira | | 3906 - Shareholder Distributions | 50,000.00 |
| Check | 06/28/2018 | WT | Eisner Amper LLP | | 6829 - Accounting | 15,000.00 |
| Check | 06/29/2018 | | Payroll | | -SPLIT- | 31,850.20 |
| Check | 06/29/2018 | ACH | ISO NE - UAE | ISO NE Invoice paid for UAE | 2930 - EL Payments Due to Clear Choice | 13,673.69 |
| Check | 06/29/2018 | ACH | ISO NE - UER | ISO NE Invoice paid for UER | 2930 - EL Payments Due to Clear Choice | 9,212.44 |
| Check | 06/29/2018 | ACH | ISO NE - RPG | Inv for RPG paid | 2930 - EL Payments Due to Clear Choice | 22.86 |
| Check | 06/29/2018 | ACH | NYISO | To NYISO for CCE Inv Pmt | 2930 - EL Payments Due to Clear Choice | 280,346.70 |
| Check | 06/29/2018 | ACH | NYISO - NEP | To NYISO for NEP @ CCE Inv pmt | 2930 - EL Payments Due to Clear Choice | 132,216.32 |
| Check | 06/29/2018 | ACH | NYISO - UER | Nyiso Invoice o/paid for UER @ CCE, | 2930 - EL Payments Due to Clear Choice | 203,832.21 |
| Check | 06/29/2018 | ACH | PJM - All American Power & Gas | Pjm Invoice for AAPG paid | 2930 - EL Payments Due to Clear Choice | 699.76 |
| Check | 06/29/2018 | ACH | PJM - Pure Energy USA | paid for Pure Energy USA @ CCE | 2930 - EL Payments Due to Clear Choice | 11,207.74 |
| Check | 06/29/2018 | ACH | PJM - RPA/Energy | PJM Invoice for RPA - Comed | 2930 - EL Payments Due to Clear Choice | 108,136.26 |
| Check | 06/29/2018 | ACH | PJM - RPA/Energy | PJM Invoice for RPA | 2930 - EL Payments Due to Clear Choice | 28,712.04 |
| Check | 04/30/2018 | WT | North Energy | WT of 6/6/18 | 1200 - Accounts Receivable | 177,285.67 |
| Check | 06/06/2018 | ACH | United Energy Supply Corp. | ACH of 6/6/2018 | 1200 - Accounts Receivable | 8,500.00 |

| Type | Date | Num | Name | Memo | Split | Credit |
|---|---|---|---|---|---|---|
| Check | 06/30/2018 | ACH | NFG - PLE | Paid NFG for PLE ACH of 6/4/2018 | 1200 · Accounts Receivable | 12.06 |
| Check | 06/30/2018 | ACH | NFG - RPG | Paid NFG for RPG ACH of 6/4/2018 | 1200 · Accounts Receivable | 225.13 |
| Check | 06/30/2018 | ACH | NMO - UER | To NMO for UER of 6/5/2018 | 1200 · Accounts Receivable | 572.84 |
| Check | 06/02/2018 | ACH | North Energy | ACH of 6/8/17 | 1200 · Accounts Receivable | 86,589.55 |
| Check | 06/30/2018 | ACH | United Energy Supply Corp. | ACH of 6/8/2018 | 1200 · Accounts Receivable | 9,300.00 |
| Check | 06/30/2018 | ACH | United Energy Supply Corp. | ACH of 6/15/2018 | 1200 · Accounts Receivable | 9,500.00 |
| Check | 06/20/2018 | WT | RPA Energy | WT to Duke Energy OH of 6/15/16 | 2930 · EL Payments Due to Clear Choice | 13,500.00 |
| Check | 06/20/2018 | WT | RPA Energy | WT to Duke Energy OH of 6/15/15 | 1200 · Accounts Receivable | 60,000.00 |
| Check | 04/30/2018 | ACH | Pay-Less Energy | ACH of 6/20/2018 | 1200 · Accounts Receivable | 32,276.52 |
| Check | 06/30/2018 | ACH | PSE&G - PLE | Collateral for GAS and EL for PLE ACH of 6/20/18 | -SPLIT- | 50,000.00 |
| Check | 06/30/2018 | ACH | American Energy LLC | ACH of 6/20/2018 | 1200 · Accounts Receivable | 47,800.00 |
| Check | 06/30/2018 | ACH | United Energy Supply Corp. | ACH of 6/25/2018 | 1200 · Accounts Receivable | 9,500.00 |
| Check | 06/30/2018 | WT | North Energy | WT of 6/22/18 | 1200 · Accounts Receivable | 39,000.00 |
| Check | 06/30/2018 | ACH | McAmerican Power & Gas | ACH of 6/25/18 | 2930 · EL Payments Due to Clear Choice | 175,000.00 |
| Check | 06/30/2018 | ACH | Flanders Energy | ACH of 6/28/18 to Flanders Energy from CCE Funds | 2930 · EL Payments Due to Clear Choice | 167,943.84 |
| Check | 06/30/2018 | WT | Global Energy (Laundry Corp) | WT of 6/28/2018 | 1200 · Accounts Receivable | 100,000.00 |
| Check | 06/30/2018 | ACH | Pure Energy | ACH of 6/28/18 | 2930 · EL Payments Due to Clear Choice | 14,876.17 |
| Check | 06/30/2018 | WT | North Energy | WT of 6/28/18 | 1200 · Accounts Receivable | 62,850.29 |
| Check | 06/30/2018 | WT | North Energy | WT of 6/28/18 | 1200 · Accounts Receivable | 83,146.45 |
| Check | 07/01/2018 | WT | Amaex Eidemus | | 6660 · Miscellaneous | 1,000.00 |
| Check | 07/03/2018 | ACH | Audi Financial | Monthly Car payment | 6000 · Auto Expense | 3,230.31 |
| Check | 07/02/2018 | WT | RCJ Consulting | | 6628 · Professional Fees & Dues | 9,000.00 |
| Check | 07/02/2018 | WT | BNY Melon Investment Servicing | Paid on behalf of UER | 2930 · EL Payments Due to Clear Choice | 70,000.00 |
| Check | 07/02/2018 | ACH | Verizon | monthly bill | 6607 · Internet & Telephone Services | 54.82 |
| Check | 07/03/2018 | WT | Glenmont Center | | 6628 · Professional Fees & Dues | 100,000.00 |
| Check | 07/05/2018 | WT | ISO NE - RPG | Inv for RPG paid, 2 bills | 2930 · EL Payments Due to Clear Choice | 69.82 |
| Check | 07/05/2018 | WT | ISO NE - UER | ISO NE Invoice paid for UER, 2 bills | 2930 · EL Payments Due to Clear Choice | 25,274.37 |
| Check | 07/05/2018 | WT | ISO NE - UAE | ISO NE Invoice paid for UAE 2 bills | 2930 · EL Payments Due to Clear Choice | 33,511.99 |
| Check | 07/05/2018 | ACH | MSFED COM | monthly pmt | 6000 · Auto Expense | 728.17 |
| Check | 07/06/2018 | ACH | NYISO | To NYISO for CCE Inv Pmt - Collateral | 2900 · EL Payments Due to Clear Choice | 57,433.85 |
| Check | 07/06/2018 | ACH | NYISO - NEP | To NYISO for NEP @ CCE Inv pmt - Collateral | 2930 · EL Payments Due to Clear Choice | 14,353.39 |
| Check | 07/06/2018 | ACH | NYISO - USR | Nyiso invoice of paid for UER @ CCE - Collateral | 2930 · EL Payments Due to Clear Choice | 34,851.83 |
| Check | 07/06/2018 | ACH | NYISO | To NYISO for CCE Inv Pmt | 2930 · EL Payments Due to Clear Choice | 231,550.22 |
| Check | 07/06/2018 | ACH | NYISO - XBP | To NYISO for XBP @ CCE Inv pmt | 2930 · EL Payments Due to Clear Choice | 123,256.01 |
| Check | 07/06/2018 | ACH | NYISO - UER | Nyiso invoice of paid for UER @ CCE | 2930 · EL Payments Due to Clear Choice | 209,107.98 |
| Check | 07/09/2018 | ACH | PLM - All American Power & Gas | Pym invoice for AAPG paid | 2930 · EL Payments Due to Clear Choice | 578.08 |
| Check | 07/09/2018 | ACH | PLM - Pure Energy USA | paid for Pure Energy USA @ CCE | 2930 · EL Payments Due to Clear Choice | 9,748.09 |
| Check | 07/09/2018 | ACH | PLM - RPA Energy | PLM Invoice for RPA | 2930 · EL Payments Due to Clear Choice | 101,520.30 |
| Check | 07/09/2018 | ACH | NYISO - UER | Nyiso invoice of paid for UER @ CCE - Collateral | 2930 · EL Payments Due to Clear Choice | 27,434.66 |
| Check | 07/09/2018 | WT | NYISO | To NYISO for CCE Inv Pmt - Collateral | 2930 · EL Payments Due to Clear Choice | 39,354.21 |
| Check | 07/10/2018 | WT | NYISO | To NYISO for CCE Inv Pmt - Collateral | 2930 · EL Payments Due to Clear Choice | 8,151.32 |
| Check | 07/10/2018 | ACH | AMEX | | -SPLIT- | 7,415.82 |
| Check | 07/11/2018 | ACH | ISO NE - UAE | ISO NE Invoice paid for UAE | 2930 · EL Payments Due to Clear Choice | 37,279.90 |
| Check | 07/11/2018 | ACH | ISO NE - UER | ISO NE Invoice paid for UER | 2930 · EL Payments Due to Clear Choice | 20,169.91 |
| Check | 07/11/2018 | ACH | ISO NE - RPG | Inv for RPG paid | 2930 · EL Payments Due to Clear Choice | 57.85 |
| Check | 07/12/2018 | ACH | NYISO | To NYISO for CCE Inv Pmt | 2930 · EL Payments Due to Clear Choice | 36,847.36 |
| Check | 07/12/2018 | WT | William Penn | | 6507 · Life Insurance | 456.68 |
| Check | 07/12/2018 | WT | PLM - RPA Energy | PLM Invoice for RPA - Collateral | 2930 · EL Payments Due to Clear Choice | 106,100.00 |
| Check | 07/13/2018 | WT | NYISO | To NYISO for CCE Inv Pmt after adjusting balance for colla | 2930 · EL Payments Due to Clear Choice | 357,324.58 |

7/19/2018 Rabinowitz, Lubetkin & Tully, LLC fees    $35,000

| Type | Date | Num | Name | Memo | Split | Credit |
|---|---|---|---|---|---|---|
| Check | 07/13/2018 | ACH | Payroll | | -SPLIT- | 21,516.30 |
| Check | 07/13/2018 | WT | NYSO - NEP | To NYSO for NEP @ CCE | 2930 - EL Payments Due to Clear Choice | 170,050.42 |
| Check | 07/13/2018 | WT | PJM - All American Power & Gas | To PJM for AAPG @ CCE | 2930 - EL Payments Due to Clear Choice | 988.10 |
| Check | 07/13/2018 | WT | PJM - Pure Energy USA | To PJM for Pure @ CCE | 2930 - EL Payments Due to Clear Choice | 54,648.91 |
| Check | 07/13/2018 | WT | PJM - RPA Energy | To PJM for RPA @ CCE | 2930 - EL Payments Due to Clear Choice | 200,740.31 |
| Check | 07/13/2018 | WT | ISO NE - RPG | To ISO NE for RPG @ CCE | 2930 - EL Payments Due to Clear Choice | 28.40 |
| Check | 07/13/2018 | WT | ISO NE - UER | To ISO NE for UER @ CCE | 2930 - EL Payments Due to Clear Choice | 19,531.34 |
| Check | 07/13/2018 | WT | ISO NE - UAE | To ISO NE for UAE | 2930 - EL Payments Due to Clear Choice | 24,347.13 |
| Check | 07/16/2018 | WT | DTE Energy | DTE Energy power bill for May 2018 paid | 2030 - EL Payments Due to Clear Choice | 1,803,900.00 |
| Transfer | 07/16/2018 | | Macquarie Line of Credit | Funds Transfer | 2912 - Macquarie Line Of Credit | |
| Check | 07/16/2018 | DR | Bank Charges | Account &bank wire charges | 6205 - JPMC Access - 0915 | 6,769.04 |
| Check | 07/16/2018 | DR | Bank Charges | Service Charge | 6210 - Chbank - 0771 | 917.44 |
| Check | 07/16/2018 | WT | PJM - RPA Energy | To PJM for RPA @ CCE - Collateral | 2930 - EL Payments Due to Clear Choice | 9,500.00 |
| Check | 07/16/2018 | WT | ISO NE - UER | To ISO NE for UER @ CCE | 2930 - EL Payments Due to Clear Choice | 120,304.48 |
| Check | 07/16/2018 | WT | ISO NE - RPG | To ISO NE for RPG @ CCE | 2930 - EL Payments Due to Clear Choice | 2,374.52 |
| Check | 07/16/2018 | WT | ISO NE | ISO NE invoice paid for CCE | 2930 - EL Payments Due to Clear Choice | 1,452.58 |
| Check | 07/16/2018 | WT | ISO NE - UAE | To ISO NE for UAE | 2930 - EL Payments Due to Clear Choice | 170,596.20 |
| Check | 07/20/2018 | WT | DTE Energy | DTE Energy power bill for June 2018 paid | 2030 - EL Payments Due to Clear Choice | 1,818,440.00 |
| Check | 07/20/2018 | WT | ISO NE - RPG | To ISO NE for RPG @ CCE | 2930 - EL Payments Due to Clear Choice | 30.83 |
| Check | 07/20/2018 | WT | ISO NE - UAE | To ISO NE for UAE | 2930 - EL Payments Due to Clear Choice | 22,549.09 |
| Check | 07/20/2018 | WT | ISO NE - UER | To ISO NE for UER @ CCE | 2930 - EL Payments Due to Clear Choice | 15,759.06 |
| Check | 07/20/2018 | WT | PJM - All American Power & Gas... | To PJM for AAPG @ CCE | 2930 - EL Payments Due to Clear Choice | 769.81 |
| Check | 07/20/2018 | WT | PJM - Pure Energy USA | To PJM for Pure @ CCE | 2930 - EL Payments Due to Clear Choice | 1,012.78 |
| Check | 07/20/2018 | WT | Macquarie Energy | June CMM hedging - EL | 2930 - EL Payments Due to Clear Choice | 54,859.57 |
| Check | 07/20/2018 | WT | PJM - Pure Energy USA | To PJM for Pure @ CCE | 2930 - EL Payments Due to Clear Choice | 11,174.10 |
| Check | 07/20/2018 | WT | PJM - RPA Energy | To PJM for RPA @ CCE | 2930 - EL Payments Due to Clear Choice | 25,531.72 |
| Check | 07/20/2018 | WT | PJM - RPA Energy | To PJM for RPA @ CCE | 2930 - EL Payments Due to Clear Choice | 116,942.72 |
| Check | 07/20/2018 | WT | NYSO | hyper invoice 3x27 at 55 cents for CCE | 2930 - EL Payments Due to Clear Choice | 286,589.85 |
| Check | 07/20/2018 | WT | NYSO - UER | hyper invoice of 7.6570 paid for UER @ CCE | 2930 - EL Payments Due to Clear Choice | 292,882.19 |
| Check | 07/20/2018 | WT | NYSO - NEP | To NYSO for NEP @ CCE | 2930 - EL Payments Due to Clear Choice | 137,990.95 |
| Transfer | 07/20/2018 | | Macquarie - Line of Credit | Funds Transfer | 2912 - Macquarie Line Of Credit | 36,843.70 |
| Check | 07/23/2018 | WT | RXR Woodbury Properties | | 6650 - Rent | 6,713.46 |
| Bill Pmt -Check | 07/23/2018 | WT | Algonquin Gas Transmission | Pipeline Charges | 2200 - Accounts Payable | 8,864.75 |
| Bill Pmt -Check | 07/23/2018 | WT | Columbia Gas | Pipeline Charges | 2200 - Accounts Payable | 23,480.76 |
| Bill Pmt -Check | 07/23/2018 | WT | Iroquois Pipeline | Pipeline Charges | 2200 - Accounts Payable | 264,480.42 |
| Bill Pmt -Check | 07/23/2018 | WT | MECO | Gas Purchased | 2200 - Accounts Payable | 965,639.14 |
| Bill Pmt -Check | 07/23/2018 | WT- | Millennium Pipeline | Pipeline Charges | 2200 - Accounts Payable | 10,124.52 |
| Bill Pmt -Check | 07/23/2018 | WT | Stagecoach Pipeline | Pipeline Charges | 2200 - Accounts Payable | 10,322.82 |
| Bill Pmt -Check | 07/23/2018 | WT | Tennessee | Pipeline Charges | 2200 - Accounts Payable | 66,370.01 |
| Bill Pmt -Check | 07/23/2018 | WT | Tetco | Pipeline Charges | 2200 - Accounts Payable | 132,053.49 |
| Bill Pmt -Check | 07/23/2018 | WT | Transcanada | Pipeline Charges | 2200 - Accounts Payable | 29,417.14 |
| Bill Pmt -Check | 07/23/2018 | WT | Transco | Pipeline Charges | 2200 - Accounts Payable | 451,847.95 |
| Bill Pmt -Check | 07/23/2018 | WT | Union Gas | Pipeline Charges | 2200 - Accounts Payable | 3,281.75 |
| Check | 07/23/2018 | WT | NYSO - UER | Collateral paid for UER | 2930 - EL Payments Due to Clear Choice | 54,599.44 |
| Check | 07/23/2018 | WT | NYSERDA - UER | Paid for UER @ CCE | 2930 - EL Payments Due to Clear Choice | 70,753.21 |
| Bill Pmt -Check | 07/23/2018 | WT | Dominion | Pipeline Charges | 2200 - Accounts Payable | 27,101.80 |
| Check | 07/25/2018 | WT | NYSO | Collateral pd to for CCE | 2930 - EL Payments Due to Clear Choice | 43,860.14 |
| Check | 07/25/2018 | WT | NYSO - UER | Collateral pd for UER | 2930 - EL Payments Due to Clear Choice | 51,227.41 |
| Check | 07/25/2018 | WT | NYSERDA - NEP | Paid for NEP | 2930 - EL Payments Due to Clear Choice | 58,759.37 |

| Type | Date | Num | Name | Memo | Split | Credit |
|---|---|---|---|---|---|---|
| Check | 07/25/2018 | WT | ISO NE - RPG | To ISO NE for RPG @ CCE | 2930 - EL Payments Due to Clear Choice | 43.94 |
| Check | 07/25/2018 | WT | ISO NE - UER | ISO NE invoice paid for UER | 2930 - EL Payments Due to Clear Choice | 15,839.39 |
| Check | 07/25/2018 | WT | ISO NE - UAE | To ISO NE for UAE | 2935 - EL Payments Due in Clear Choice | 21,246.87 |
| Check | 07/26/2018 | WT | PJM - RPA Energy | To PJM for RPA - Collateral | 2930 - EL Payments Due to Clear Choice | 65,200.00 |
| Check | 07/27/2018 | ACH | | Payroll | -SPLIT- | 21,931.97 |
| Check | 07/27/2018 | WT | NYISO - UER | Nyiso bill paid for UER, revised amt/VF | 2930 - EL Payments Due to Clear Choice | 163,887.72 |
| Check | 07/27/2018 | WT | NYISO - NEP | Nyiso bill paid for NEP, revised amt/VF | 2930 - EL Payments Due to Clear Choice | 126,977.99 |
| Check | 07/27/2018 | WT | NYISO | Nyiso bill paid for CCE | 2930 - EL Payments Due to Clear Choice | 305,160.21 |
| Check | 07/27/2018 | WT | ISO NE - UAE | To ISO NE for UAE | 2930 - EL Payments Due for Clear Choice | 15,175.89 |
| Check | 07/27/2018 | - WT | ISO NE - RPG | To ISO NE for RPG @ CCE | 2930 - EL Payments Due to Clear Choice | 27.67 |
| Check | 07/27/2018 | WT | ISO NE - UER | ISO NE invoice paid for UER | 2930 - EL Payments Due to Clear Choice | 11,230.78 |
| Check | 07/27/2018 | WT | PJM - All American Power & Gas | To PJM for AAPG @ CCE | 2930 - EL Payments Due to Clear Choice | 757.83 |
| Check | 07/27/2018 | WT | PJM - Pure Energy USA | To PJM for Pure @ CCE | 2932 - EL Payments Due to Clear Choice | 1,685.81 |
| Check | 07/27/2018 | WT | PJM - Pure Energy USA | To PJM for Pure @ CCE | 2930 - EL Payments Due to Clear Choice | 12,434.53 |
| Check | 07/27/2018 | WT | PJM - RPA Energy | To PJM for RPA @ CCE | 2930 - EL Payments Due for Clear Choice | 27,103.48 |
| Check | 07/03/2018 | WT | PJM - RPA Energy | To PJM for RPA @ CCE | 2930 - EL Payments Due to Clear Choice | 133,944.28 |
| Transfer | 07/30/2018 | | JPMC Access ~5815 | Funds Transfer | 1002 - JPMC/Access ~5815 | 153,159.77 |
| Transfer | 07/30/2018 | | JPMC Access ~5815 | Funds Transfer | 1000 - Citibank ~8771 | |
| Check | 07/31/2018 | WT | North Energy | | 1200 - Accounts Receivable | 101,569.00 |
| Check | 07/31/2018 | WT | All American Power & Gas | ACH of 7/6/18 | 2600 - EL Payments Due to Clear Choice | 21,846.02 |
| Check | 07/31/2018 | ACH | Deloitte Energy | ACH of 7/6/18 | 1200 - Accounts Receivable | 150,200.00 |
| Check | 07/31/2018 | ACH | EDSC | ACH of 7/6/2018 | 1200 - Accounts Receivable | 35,000.00 |
| Check | 07/31/2018 | ACH | Hi-Rise Energy, LLC | ACH of 7/6/2018 | 1200 - Accounts Receivable | 106,000.00 |
| Check | 07/31/2018 | ACH | United Energy Supply Corp. | ACH of 7/6/2018 | 1200 - Accounts Receivable | 18,500.00 |
| Check | 07/31/2018 | WT | North Energy | WT of 7/10/18 to Connect energy | 1200 - Accounts Receivable | 25,200.00 |
| Check | 07/31/2018 | ACH | KEDLI - ALLIED | To KEDLI for Allied Energy paid on 7/20/2018 | 1200 - Accounts Receivable | 1,308.76 |
| Check | 07/31/2018 | ACH | KEDLI - Ameristar | To KEDLI for Ameristar Energy, LLC paid on 7/20/2018 | 1200 - Accounts Receivable | 22,438.23 |
| Check | 07/31/2018 | ACH | KEDLI - CPG | To KEDLI for City Power and Gas paid on 7/20/2018 | 1205 - Accounts Receivable | 8,674.47 |
| Check | 07/31/2018 | ACH | KEDLI - EDSC | To KEDLI for EDSC paid on 7/20/2018 | 1200 - Accounts Receivable | 11,077.47 |
| Check | 07/31/2018 | ACH | KEDLI - ESOL | To KEDLI for Energy Solutions paid on 7/20/2018 | 1200 - Accounts Receivable | 8,921.23 |
| Check | 07/31/2018 | ACH | KEDLI - GLOBAL | To KEDLI for Global Energy (Laundry Corp) paid on 7/20/ | 1200 - Accounts Receivable | 3,817.24 |
| Check | 07/31/2018 | ACH | KEDLI - Hi Rise | To KEDLI for Hi-Rise Energy, LLC paid on 7/20/2018 | 1200 - Accounts Receivable | 46,145.60 |
| Check | 07/31/2018 | ACH | KEDLI - PAY LESS | To KEDLI for Pay Less Energy paid on 7/20/2018 | 1200 - Accounts Receivable | 7,070.63 |
| Check | 07/31/2018 | ACH | KEDLI - UER | To KEDLI for Utility Expense Reduction paid on 7/20/2018 | 1200 - Accounts Receivable | 41,321.94 |
| Check | 07/31/2018 | ACH | KEDLI - UNITED | To KEDLI for United Energy Supply Corp. paid on 7/20/20 | 1200 - Accounts Receivable | 19,431.59 |
| Check | 07/31/2018 | ACH | KEDLI - UMESC | To KEDLI for United Metro Energy Services Corp. paid on | 1200 - Accounts Receivable | 948.07 |
| Check | 07/31/2018 | ACH | KEDNY - CLEAR CHOICE | To KEDNY for Clear Choice Energy, LLC paid on 7/20/20 | 2930 - EL Payments Due to Clear Choice | 177.58 |
| Check | 07/31/2018 | ACH | KEDNY - LPG | To KEDNY for Lightpower & Gas paid on 7/20/2018 | 1200 - Accounts Receivable | 880.51 |
| Check | 07/31/2018 | ACH | KEDNY - ALLIED | To KEDNY for Allied Energy paid on 7/20/2018 | 1200 - Accounts Receivable | 674.06 |
| Check | 07/31/2018 | ACH | KEDNY - UMESC | To KEDNY for United Metro Energy Services Corp. paid | 1200 - Accounts Receivable | 1,536.34 |
| Check | 07/31/2018 | ACH | KEDNY - RENAISSANCE | To KEDNY for Renaissance Power & Gas paid on 7/20/20 | 1200 - Accounts Receivable | 2,069.46 |
| Check | 07/31/2018 | ACH | KEDNY - PAYLESS | To KEDNY for Pay Less Energy paid on 7/20/2018 | 1200 - Accounts Receivable | 2,872.74 |
| Check | 07/31/2018 | ACH | KEDNY - UNITED | To KEDNY for United Energy Supply Corp. paid on 7/20/2 | 1200 - Accounts Receivable | 3,431.00 |
| Check | 07/31/2018 | ACH | KEDNY - EDSC2 | To KEDNY for EDSC paid on 7/20/2018 | 1200 - Accounts Receivable | 3,571.30 |
| Check | 07/31/2018 | ACH | KEDNY - DEFINITE | To KEDNY for Definite Energy paid on 7/20/2018 | 1200 - Accounts Receivable | 4,475.37 |
| Check | 07/31/2018 | ACH | KEDNY - AMST | To KEDNY for Ameristar Energy, LLC paid on 7/20/2018 | 1200 - Accounts Receivable | 10,519.07 |
| Check | 07/31/2018 | ACH | KEDNY - HIRISE | To KEDNY for Hi-Rise Energy, LLC paid on 7/20/2018 | 1200 - Accounts Receivable | 12,228.93 |
| Check | 07/31/2018 | ACH | KEDNY - CPG | To KEDNY for City Power and Gas paid on 7/20/2018 | 1200 - Accounts Receivable | 16,838.18 |
| Check | 07/31/2018 | ACH | KEDNY - GLOBAL | To KEDNY for Global Energy (Laundry Corp) paid on 7/2( | 1200 - Accounts Receivable | 19,122.98 |

| Type | Date | Num | Name | Memo | Split | Credit |
|---|---|---|---|---|---|---|
| Check | 07/31/2018 | ACH | KEDNY - NORTH | To KEDNY for North Energy paid on 7/23/2018 | 1200 · Accounts Receivable | 118,124.59 |
| Check | 07/31/2018 | ACH | KEDNY - UER | To KEDNY for Utility Expense Reduction paid on 7/23/201 | 1200 · Accounts Receivable | 135,384.81 |
| Check | 07/31/2018 | WT | UGI - RPA | WT of 7/23/18 | 1200 · Accounts Receivable | 190.15 |
| Check | 07/31/2018 | WT | Flanders Energy | WT of 7/23/18 | 2930 · EL Payments Due to Clear Choice | 159,919.28 |
| Check | 07/31/2018 | WT | Pure Energy | WT of 7/23/18 | 2930 · EL Payments Due to Clear Choice | 13,959.86 |
| Check | 07/31/2018 | WT | All American Power & Gas | WT of 7/23/18 | 2930 · EL Payments Due to Clear Choice | 121,349.02 |
| Check | 07/31/2018 | WT | United Energy Supply Corp. | WT of 7/25/18 | 1200 · Accounts Receivable | 15,500.00 |
| Check | 07/31/2018 | WT | Oxford Benefit Management | | 6506 · Dental Insurance | 854.17 |
| Check | 07/31/2018 | WT | Bank Direct Capital Finance | | 6503 · Prof Liability Insurance (E&O) | 14,277.59 |
| Check | 07/31/2018 | WT | Broadview Networks | | 6602 · Telephone | 979.34 |
| BillPmt-Check | 07/31/2018 | WT | Enovie Pipeline | Pipeline Charges | 6605 · Health Insurance | 234.28 |
| Check | 08/01/2018 | WT | Empire Blue Cross | | 6605 · Health Insurance | 13,639.46 |
| Check | 08/01/2018 | WT | ISO NE - RPG | To ISO NE for RPG @ CCE | 2930 · EL Payments Due to Clear Choice | 29.16 |
| Check | 08/01/2018 | WT | ISO NE - UAE | To ISO NE for UAE | 2930 · EL Payments Due to Clear Choice | 18,654.46 |
| Check | 08/01/2018 | WT | ISO NE - UER | ISO NE invoice paid for UER | 2930 · EL Payments Due to Clear Choice | 13,848.70 |
| Check | 08/01/2018 | WT | NFG - UER | Cash out | 1200 · Accounts Receivable | 58,086 |
| Check | 08/03/2018 | WT | North Energy | WT of 8/3/18 | 1200 · Accounts Receivable | 54,069.80 |
| Check | 08/03/2018 | WT | NYISO | Nyiso bill paid for CCE | 2930 · EL Payments Due to Clear Choice | 308,861.09 |
| Check | 08/03/2018 | WT | ISO NE - UAE | To ISO NE for UAE | 2930 · EL Payments Due to Clear Choice | 21,514.55 |
| Check | 08/03/2018 | WT | ISO NE - UER | ISO NE invoice paid for UER | 2930 · EL Payments Due to Clear Choice | 16,534.29 |
| Check | 08/03/2018 | WT | ISO NE - RPG | To ISO NE for RPG @ CCE | 2930 · EL Payments Due to Clear Choice | 37.22 |
| Check | 08/03/2018 | WT | NYISO - NEP | Nyiso bill paid for NEP, Collateral | 2930 · EL Payments Due to Clear Choice | 67,933.74 |
| Check | 08/03/2018 | WT | PJM - All American Power & Gas | To PJM for AAPG @ CCE | 2930 · EL Payments Due to Clear Choice | 879.89 |
| Check | 08/03/2018 | WT | PJM - Pure Energy USA | To PJM for Pure @ CCE | 2930 · EL Payments Due to Clear Choice | 1,369.68 |
| Check | 08/03/2018 | WT | PJM - Pure Energy USA | To PJM for Pure @ CCE | 2930 · EL Payments Due to Clear Choice | 12,224.47 |
| Check | 08/03/2018 | WT | PJM - RPA Energy | To PJM for RPA @ CCE | 2930 · EL Payments Due to Clear Choice | 22,814.28 |
| Check | 08/03/2018 | WT | PJM - RPA Energy | To PJM for RPA.com @ CCE | 2930 · EL Payments Due to Clear Choice | 111,286.52 |
| BillPmt-Check | 08/03/2018 | WT | National Fuel Supply Corp. | Pipeline Charges | 2200 · Accounts Payable | 5,263.99 |
| Check | 08/03/2018 | WT | Union Atlantic Electricity | WT of 8/3/18 | 2930 · EL Payments Due to Clear Choice | 3,569.36 |
| Check | 08/03/2018 | WT | NYISO - UER | Nyiso bill paid for UER | 2930 · EL Payments Due to Clear Choice | 250,039.99 |
| Check | 08/03/2018 | WT | NYISO - NEP | Nyiso bill paid for NEP | 2930 · EL Payments Due to Clear Choice | 147,556.75 |
| Check | 08/06/2018 | WT | KEDNY - ESOL | To KEDNY for Energy Solutions | 1200 · Accounts Receivable | 3,410.85 |
| Check | 08/06/2018 | WT | NYISO | Collateral paid for CCE | 2930 · EL Payments Due to Clear Choice | 11,360.27 |
| Transfer | 08/06/2018 | | JPMC Access ~0815 | Funds Transfer | 1002 · JPMC Access ~0815 | 195,272.281 |
| Transfer | 08/06/2018 | | JPMC Access ~0815 | Funds Transfer | 1000 · Citibank ~8771 | |
| Check | 08/07/2018 | WT | United Energy Supply Corp. | WT of 8/7/18 | 1200 · Accounts Receivable | 15,368.99 |
| Check | 08/07/2018 | WT | ISO NE - UER | Collateral sent in error - returned on 8/9/18, not booked | 2930 · EL Payments Due to Clear Choice | 10,889.89 |
| Check | 08/07/2018 | WT | ISO NE - UAE | Collateral paid to ISO NE for UAE | 2930 · EL Payments Due to Clear Choice | 16,500.99 |
| Check | 08/07/2018 | WT | NYISO - NEP | Nyiso bill paid for NEP, Collateral | 2930 · EL Payments Due to Clear Choice | 2,874.9~ |
| Check | 08/07/2018 | WT | ROSE - UER - GAS | WT of 8/7/18 for UER | 1200 · Accounts Receivable | 15.95 |
| Check | 08/07/2018 | WT | NYISO | Collateral paid for CCE | 2930 · EL Payments Due to Clear Choice | 872.43 |
| Check | 08/07/2018 | WT | NYISO - NEP | Nyiso bill paid for NEP, Collateral | 2930 · EL Payments Due to Clear Choice | 922.76 |
| Check | 08/07/2018 | WT | NYISO - NEP | Nyiso bill paid for NEP, Collateral | 2930 · EL Payments Due to Clear Choice | 8,448.99 |
| Check | 08/07/2018 | WT | NYISO | Collateral paid for CCE | 2930 · EL Payments Due to Clear Choice | 8,244.55 |
| Check | 08/07/2018 | WT | NYISO | Collateral paid for CCE | 2930 · EL Payments Due to Clear Choice | 9,900.37 |
| Check | 08/07/2018 | WT | NYISO - NEP | Nyiso bill paid for NEP, Collateral | 2930 · EL Payments Due to Clear Choice | 18,337.57 |
| Check | 08/08/2018 | WT | NIMO - RPG | To NIMO for RPG paid on 8/8/2018 | 1200 · Accounts Receivable | 174.98 |
| Check | 08/08/2018 | WT | NIMO - CITY P&G | To NIMO for CPG paid on 8/8/2018 | 1200 · Accounts Receivable | 196.85 |
| Check | 08/08/2018 | WT | ISO NE - UER | Collateral paid for UER, Returned 8/9/18, not booked @ C | 2930 · EL Payments Due to Clear Choice | 23,000.00 |

| Type | Date | Num | Name | Memo | Split | Credit |
|------|------|-----|------|------|-------|--------|
| Check | 08/08/2018 | WT | ISO NE - UER | Collateral paid for UER, Returned ISO bill, not booked @ C | 2930 - EL Payments Due to Clear Choice | 30,000.00 |
| Check | 08/08/2018 | WT | ISO NE - RPG | To ISO NE for RPG @ CCE | 2930 - EL Payments Due to Clear Choice | 25.67 |
| Check | 08/08/2018 | WT | ISO NE - UER | To ISO NE for UER @ CCE | 2930 - EL Payments Due to Clear Choice | 11,459.01 |
| Check | 08/08/2018 | WT | ISO NE - UAE | To ISO NE for UAE @ CCE | 2930 - EL Payments Due to Clear Choice | 18,894.86 |
| Check | 08/08/2018 | WT | PJM - Pure Energy USA | To PJM for Pure @ CCE - Collateral | 2930 - EL Payments Due to Clear Choice | 4,200.00 |
| Check | 08/08/2018 | WT | NYISO - NEP | Nyiso bill paid for NEP | 2935 - EL Payments Due to Clear Choice | 76,230.06 |
| Check | 08/08/2018 | WT | NYISO - UER | Nyiso bill paid for UER | 2935 - EL Payments Due to Clear Choice | 65,170.07 |
| Check | 08/08/2018 | WT | NYISO | Nyiso bill paid for CCE | 8930 - EL Payments Due to Clear Choice | 107,481.20 |
| Check | 08/08/2018 | WT | NYISO - UER | Paid NYISO for UER | 2930 - EL Payments Due to Clear Choice | 12.06 |
| Check | 08/10/2018 | WT | BNYMellon Investment Servicing | Paid on behalf UER, returned, not booked @ CCE | 2930 - EL Payments Due to Clear Choice | 19,000.00 |
| Check | 08/10/2018 | WT | BNYMellon Investment Servicing | Paid on behalf of UER, | 2930 - EL Payments Due to Clear Choice | 23,000.00 |
| Check | 08/10/2018 | WT | BNYMellon Investment Servicing | Paid on behalf of UAE, | 2930 - EL Payments Due to Clear Choice | 35,000.00 |
| Check | 08/10/2018 | WT | Hi-Rise Energy, LLC | WT 08/10/18 | 1200 - Accounts Receivable | 50,000.00 |
| Bill Pmt-Check | 08/10/2018 | WT | JD Gardner | Consulting services Jan - Apr, consolidation | 2200 - Accounts Payable | 5,200.00 |
| Check | 08/10/2018 | WT | Pure Energy | WT 08/10/18 | 2930 - EL Payments Due to Clear Choice | 12,596.18 |
| Check | 08/10/2018 | WT | Deltrols Energy | WT 08/10/18 | 1200 - Accounts Receivable | 50,000.00 |
| Check | 08/10/2018 | WT | PJM - RPA Energy | To PJM for RPAcom @ CCE | 2930 - EL Payments Due to Clear Choice | 68,321.26 |
| Check | 08/10/2018 | WT | NYISO - NEP | Nyiso bill paid for NEP | 2935 - EL Payments Due to Clear Choice | 75,639.31 |
| Check | 08/10/2018 | WT | Flandera Energy | WT 08/10/18 | 2930 - EL Payments Due to Clear Choice | 80,873.90 |
| Check | 08/10/2018 | WT | NYISO - UER | Nyiso bill paid for UER | 2935 - EL Payments Due to Clear Choice | 131,596.79 |
| Check | 08/10/2018 | WT | NYISO | Nyiso bill paid for CCE | 2930 - EL Payments Due to Clear Choice | 160,005.63 |
| Check | 08/10/2018 | WT | Dominion | Finance charges for late payment of Pipeline charges bill | 7002 - Finance Charge | 90.75 |
| Check | 08/10/2018 | WT | Dominion | Finance charges for late payment of Pipeline charges bill | 7002 - Finance Charge | 57.99 |
| Check | 08/10/2018 | WT | NYISO - NEP | Nyiso bill paid for NEP - Collateral | 2930 - EL Payments Due to Clear Choice | 50,153.41 |
| Check | 08/10/2018 | WT | ISO NE - RPG | To ISO NE for RPG @ CCE | 2930 - EL Payments Due to Clear Choice | 49.82 |
| Check | 08/10/2018 | WT | ISO NE - UAE | To ISO NE for UER @ CCE | 2930 - EL Payments Due to Clear Choice | 17,837.63 |
| Check | 08/10/2018 | WT | ISO NE - UAE | To ISO NE for UER @ CCE | 2930 - EL Payments Due to Clear Choice | 22,753.67 |
| Check | 08/10/2018 | WT | PJM - All American Power & Gas | To PJM for AAPG @ CCE | 2930 - EL Payments Due to Clear Choice | 801.35 |
| Check | 08/10/2018 | WT | PJM - All American Power & Gas | To PJM for AAPG @ CCE | 2930 - EL Payments Due to Clear Choice | 192.42 |
| Check | 08/10/2018 | WT | PJM - RPA Energy | To PJM for RPA @ CCE | 2930 - EL Payments Due to Clear Choice | 3,789.05 |
| Check | 08/10/2018 | WT | PJM - RPA Energy | To PJM for RPA @ CCE | 2930 - EL Payments Due to Clear Choice | 23,896.91 |
| Check | 08/10/2018 | WT | PJM - RPA Energy | To PJM for RPA.COM @ CCE | 2930 - EL Payments Due to Clear Choice | 16,020.63 |
| Check | 08/10/2018 | WT | PJM - Pure Energy USA | To PJM for Purpse @ CCE | 2930 - EL Payments Due to Clear Choice | 14,090.62 |
| Check | 08/10/2018 | WT | PJM - Pure Energy USA | To PJM for Perpse @ CCE | 2930 - EL Payments Due to Clear Choice | 2,334.88 |
| Check | 08/10/2018 | WT | PJM - Pure Energy USA | To PJM for PurJCP @ CCE | 2930 - EL Payments Due to Clear Choice | 3,608.53 |
| Check | 08/10/2018 | WT | PJM - Pure Energy USA | To PJM for PurJCP @ CCE | 2930 - EL Payments Due to Clear Choice | 168.73 |
| Check | 08/10/2018 | WT | PJM - All American Power & Gas | To PJM for AAPG @ CCE - Default Charges | 2930 - EL Payments Due to Clear Choice | 1,677.00 |
| Check | 08/10/2018 | WT | PJM - Pure Energy USA | To PJM for PurJCP @ CCE - Default charges | 2930 - EL Payments Due to Clear Choice | 1,877.00 |
| Transfer | 08/10/2018 | | JPMC Access ~0815 | Funds Transfer | 1022 - JPMC Access ~0815 | 8,890.00 |
| Transfer | 08/10/2018 | | Citibank | Funds Transfer | 1000 - Citibank ~8771 | |
| Transfer | 08/10/2018 | | Macquarie Line of Credit | Funds Transfer | 2912 - Macquarie Line Of Credit | |
| Check | 08/13/2018 | WT | NYISO - UER | Nyiso bill paid for UER - Collateral | 2930 - EL Payments Due to Clear Choice | 30,000.00 |
| Check | 08/13/2018 | WT | PJM - PLE | To PJM for PurJCP @ CCE - Default charges | 2930 - EL Payments Due to Clear Choice | 1,877.00 |
| Transfer | 08/15/2018 | | JPMC Access ~0815 | Funds Transfer | 1000 - JPMC Access ~0815 | 225.16 |
| Transfer | 08/15/2018 | | Citibank | Funds Transfer | 1000 - Citibank ~8771 | |
| Bill Pmt-Check | 08/15/2018 | WT | Macquarie - Line of Credit | June 2018 Fees and Interest | 2200 - Accounts Payable | 142,882.55 |
| Check | 08/15/2018 | WT | ISO NE - RPG | To ISO NE for RPG @ CCE | 2930 - EL Payments Due to Clear Choice | 2,953.05 |
| Check | 08/15/2018 | WT | ISO NE - UER | To ISO NE for UER @ CCE | 2930 - EL Payments Due to Clear Choice | 145,337.81 |
| Check | 08/15/2018 | WT | ISO NE - UAE | To ISO NE for UAE @ CCE | 2930 - EL Payments Due to Clear Choice | 187,671.64 |

| Type | Date | Num | Name | Memo | Split | Credit |
|---|---|---|---|---|---|---|
| Check | 08/15/2018 | WT | ISO NE - UAE | To ISO NE for UAE @ CCE | 2930 - EL Payments Due to Clear Choice | 2,243.07 |
| Check | 08/15/2018 | DR | Bank Charges | Account Settlements charges | 6220 - JPMC Access - 0815 | 7,334.82 |
| Transfer | 08/15/2018 | | Macquarie - Line of Credit | Funds Transfer | 2912 - Macquarie Line Of Credit | |
| Check | 08/16/2018 | WT | PJM - Pure Energy USA | To PJM for Pur JCP @ CCE - Collateral | 2930 - EL Payments Due to Clear Choice | 7,300.00 |
| Check | 08/17/2018 | WT | NYISO - NEP | Nyiso bill paid for NEP | 2930 - EL Payments Due to Clear Choice | 157,769.25 |
| Check | 08/17/2018 | WT | NYISO | Nyiso bill paid for CCE | 2930 - EL Payments Due to Clear Choice | 357,512.14 |
| Check | 08/17/2018 | WT | PJM - Pure Energy USA | To PJM for Pur JCP @ CCE | 2930 - EL Payments Due to Clear Choice | 4,291.00 |
| Check | 08/17/2018 | WT | PJM - Pure Energy USA | To PJM for Pur PSE @ CCE | 2930 - EL Payments Due to Clear Choice | 16,802.53 |
| Check | 08/17/2018 | WT | PJM - RPA Energy | To PJM for RPA COM @ CCE | 2930 - EL Payments Due to Clear Choice | 128,132.90 |
| Check | 08/17/2018 | WT | PJM - All American Power & Gas | To PJM for AAPG @ CCE | 2930 - EL Payments Due to Clear Choice | - 579.77 |
| Check | 08/17/2018 | WT | PJM - RPA Energy | To PJM for RPA @ CCE | 2930 - EL Payments Due to Clear Choice | 26,752.83 |
| Check | 08/17/2018 | WT | United Energy Supply Corp. | WT of 8/17/18 | 1200 - Accounts Receivable | 30,000.00 |
| Transfer | 08/17/2018 | | Macquarie - Line of Credit | Funds Transfer | 2912 - Macquarie Line Of Credit | 1,111,573.79 |
| Check | 08/17/2018 | WT | ISO NE - RPG | To ISO NE for RPG @ CCE | 2930 - EL Payments Due to Clear Choice | 74.55 |
| Check | 08/17/2018 | WT | ISO NE - UER | To ISO NE for UER @ CCE | 2930 - EL Payments Due to Clear Choice | 23,256.32 |
| Check | 08/17/2018 | WT | ISO NE - UAE | To ISO NE for UAE @ CCE | 2930 - EL Payments Due to Clear Choice | 22,997.36 |
| Check | 08/17/2018 | WT | NYISO DA - NEP | Paid for NEP | 2930 - EL Payments Due to Clear Choice | 80,000.00 |
| Bill Pmt -Check | 08/20/2018 | WT | Algonquin Gas Transmission | Pipeline charges | 2200 - Accounts Payable | 6,144.51 |
| Bill Pmt -Check | 08/20/2018 | WT | Columbia Gas | Pipeline charges | 2200 - Accounts Payable | 37,594.39 |
| Bill Pmt -Check | 08/20/2018 | WT | Empire Pipeline | Pipeline charges | 2200 - Accounts Payable | 287.65 |
| Bill Pmt -Check | 08/20/2018 | WT | Iroquois Pipeline | Pipeline charges | 2200 - Accounts Payable | 206,716.26 |
| Bill Pmt -Check | 08/20/2018 | WT | Millennium Pipeline | Pipeline charges | 2200 - Accounts Payable | 19,212.20 |
| Bill Pmt -Check | 08/20/2018 | WT | National Fuel Supply Corp. | Pipeline charges | 2200 - Accounts Payable | 4,849.31 |
| Bill Pmt -Check | 08/20/2018 | WT | Stagecoach Pipeline | Pipeline charges | 2200 - Accounts Payable | 10,332.82 |
| Bill Pmt -Check | 08/20/2018 | WT | Tennessee | Pipeline charges | 2200 - Accounts Payable | 58,639.04 |
| Bill Pmt -Check | 08/20/2018 | WT | Transco | Pipeline charges | 2200 - Accounts Payable | 517,724.09 |
| Bill Pmt -Check | 08/20/2018 | WT | Union Gas | Pipeline charges | 2200 - Accounts Payable | 3,376.55 |
| Bill Pmt -Check | 08/20/2018 | WT | Dominion | Pipeline charges | 2200 - Accounts Payable | 36,959.37 |
| Bill Pmt -Check | 08/20/2018 | WT | Tetco | Pipeline charges | 2200 - Accounts Payable | 156,704.82 |
| Bill Pmt -Check | 08/20/2018 | WT | Transcanada | Pipeline charges | 2200 - Accounts Payable | 36,213.04 |
| Check | 08/20/2018 | WT | Global Energy (Laundry Corp) | WT of 8/20/2018 | 1200 - Accounts Receivable | 50,000.00 |
| Check | 08/20/2018 | DR | Bank Charges | Service Charge | 6210 - Citibank-8771 | 831.63 |
| Check | 08/21/2018 | WT | JD Gardner | | 6825 - Professional Fees & Dues | 2,500.00 |
| Check | 08/21/2018 | WT | KEDNY - CLEAR CHOICE | To KEDNY for Clear Choice Energy, LLC paid on 8/21/20 | 2930 - EL Payments Due to Clear Choice | 146.00 |
| Check | 08/21/2018 | WT | KEDNY - PAYLESS | To KEDNY for Pay Less Energy paid on 8/21/2018 | 1200 - Accounts Receivable | 104.17 |
| Check | 08/21/2018 | WT | PECO - RPA-- | Peco invoice for RPA Energy, paid on 8/21/18 | 1200 - Accounts Receivable | 8.370 |
| Check | 08/21/2018 | WT | Transco | Pipeline charges | 7002 - Finance Charge | 887.03 |
| Check | 08/22/2018 | WT | KEDLI - AA | To KEDLI for AA Enco, LLC paid 8/21/18 | 1200 - Accounts Receivable | 823.39 |
| Check | 08/22/2018 | WT | ISO NE - RPG | To ISO NE for RPG @ CCE | 2930 - EL Payments Due to Clear Choice | 46.15 |
| Check | 08/22/2018 | WT | ISO NE - UER | To ISO NE for UER @ CCE | 2930 - EL Payments Due to Clear Choice | 13,596.22 |
| Check | 08/22/2018 | WT | ISO NE - UAE | To ISO NE for UAE @ CCE | 2930 - EL Payments Due to Clear Choice | 19,580.88 |
| Check | 08/23/2018 | WT | PJM - Pure Energy USA | To PJM for Pur PSE @ CCE | 2930 - EL Payments Due to Clear Choice | 8,300.00 |
| Transfer | 08/24/2018 | | Macquarie - Line of Credit | Funds Transfer | 2912 - Macquarie Line Of Credit | 175,475.12 |
| Transfer | 08/24/2018 | | Macquarie - Line of Credit | Funds Transfer | 2912 - Macquarie Line Of Credit | 4,000,394.86 |
| Check | 08/27/2018 | WT | NYISO - NEP | Nyiso bill paid for NEP w/Finance charges | 2930 - EL Payments Due to Clear Choice | 169,962.07 |
| Check | 08/27/2018 | WT | NYISO | Nyiso bill paid for CCE w/Finance Charges | 2930 - EL Payments Due to Clear Choice | 341,276.45 |
| Check | 08/27/2018 | WT | Macquarie - Line of Credit | Return of WT | 2912 - Macquarie Line Of Credit | 100,233.99 |
| Check | 08/27/2018 | WT | Macquarie - Line of Credit | Repmt to LOC | 2912 - Macquarie Line Of Credit | 53,429.63 |
| Check | 08/27/2018 | WT | ISO NE - RPG | To ISO NE for RPG @ CCE, returned on 8/29/18, recorded | 2930 - EL Payments Due to Clear Choice | 85.73 |

8/27/2018 Rabinowitz, Lubetkin & Tully, LLC Retainer $100,000

| Type | Date | Num | Name | Memo | Split | Credit |
|------|------|-----|------|------|-------|--------|
| Check | 08/27/2016 | WT | ISO NE - UAE | To ISO NE for UAE @ CCE | 2930 - EL Payments Due to Clear Choice | 24,479.51 |
| Check | 08/27/2016 | WT | PJM - All American Power & Gas | To PJM for AAPG @ CCE | 2930 - EL Payments Due to Clear Choice | 288.09 |
| Check | 08/27/2016 | WT | PJM - Pure Energy USA | To PJM for Pur JCP @ CCE | 2930 - EL Payments Due to Clear Choice | 3,840.76 |
| Check | 08/27/2016 | WT | PJM - Pure Energy USA | To PJM for PURPSE @ CCE | 2930 - EL Payments Due to Clear Choice | 16,407.28 |
| | | | | | | 37,793,527.24 |

May 29 - Aug 27, 16

$37,928,927.24

Debtor    **Big Apple Energy, LLC**                                                                                    Case number *(if known)*  **18-75807**

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount
    may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
    listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
    debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

    | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    |---|---|---|---|
    | 4.1.  Victor Ferreira<br>36 Cedar Street<br>Syosset, NY 11791<br>Manager of BAE Energy, Sole Member<br>of Debtor |  | $13,000.00 |  |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
    a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

    | Creditor's name and address | Describe of the Property | Date | Value of property |
    |---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
    of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a
    debt.

    ■ None

    | Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
    |---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
    in any capacity—within 1 year before filing this case.

    ☐ None.

    | Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
    |---|---|---|---|
    | 7.1.  Big Apple Energy, LLC<br>v.<br>Samuel Sprei, Chaim Miller,<br>One Edgewater Equities<br>60854/2018 |  | Supreme Court of the State<br>of New York<br>County of Nassau<br>100 Supreme Ct Dr<br>Mineola, NY 11501 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
    receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
    the gifts to that recipient is less than $1,000**

Debtor    **Big Apple Energy, LLC** _____    Case number *(if known)*  **18-75807** _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rabinowitz, Lubetkin & Tully, LLC**<br>**293 Eisenhower Parkway**<br>**Suite 100**<br>**Livingston, NJ 07039** | **Attorney Fees** | **7/19/2018** | **$35,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Debor on behalf of itself & Clear Choice Energy, LLC, but infused into the Debtor by Victor Ferreira** | | | |
| 11.2. | **Rabinowitz, Lubetkin & Tully, LLC**<br>**293 Eisenhower Parkway**<br>**Suite 100**<br>**Livingston, NJ 07039** | **Attorney Fees** | **8/27/2018** | **$100,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Debor on behalf of itself & Clear Choice Energy, LLC, but infused into the Debtor by Victor Ferreira** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **Big Apple Energy, LLC**                                    Case number *(if known)*  **18-75807**

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below.
    Name of plan                                          Employer identification number of the plan
    **Sep. IRA Vanguard Plan**                              EIN:

    Has the plan been terminated?
    ■ No
    ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Big Apple Energy, LLC**                                          Case number *(if known)*   **18-75807**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Nova Inc.<br>P.O. Box 380<br>Allen, KY 41601 | Victor Ferreira<br>36 Cedar Street<br>Syosset, NY 11791 | Compressors | ☐ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

---

Debtor   **Big Apple Energy, LLC**                                      Case number *(if known)*   **18-75807**

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  Vantage Commodities Financial Services 55 Fifth Ave. New York, NY 10003 | **Financial Services Company** | EIN: From-To |
| 25.2.  Carbon Natural Gas 36 Cedar Street Syosset, NY 11791 | **Drilling** | EIN: From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  EisnerAmper 111 Wood Avenue South Iselin, NJ 08830-2700 | **2017 Tax Returns** |
| 26a.2.  Albrecht, Viggiano, Zureck & Co P.C. 25 Suffolk Cout Hauppauge, NY 11788 | **2016 Tax Returns** |
| 26a.3.  Cohen Reznick 1301 Ave. of the Americas New York, NY 10019 | **2017 & 2018** |
| 26a.4.  Victor Ferreira 36 Cedar Street Syosset, NY 11791 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    **Big Apple Energy, LLC**                                          Case number *(if known)*  **18-75807**

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **EisnerAmper**<br>**111 Wood Avenue South**<br>**Iselin, NJ 08830-2700** | **2017** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Albrecht, Viggiano, Zureck & Co P.C.**<br>**25 Suffolk Cout**<br>**Hauppauge, NY 11788** | **2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Victor Ferreira**<br>**36 Cedar Street**<br>**Syosset, NY 11791** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    **Penta Mezzanine SBIC Fund**
**20 N. Orange Avenue**
**Suite 1550**
**Orlando, FL 32801**

26d.2.    **Macquarie Bank Limited**
**Level 20**
**125 West 55th Street**
**New York, NY 10019**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Victor Ferreira | | | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Karen Ferreira | | | |

Debtor    **Big Apple Energy, LLC**                                     Case number *(if known)*  **18-75807**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Victor Ferreira<br>36 Cedar Street<br>Syosset, NY 11791 | $13,000 | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| BAE Management LLC | EIN:  47-3702198 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor   **Big Apple Energy, LLC**                                    Case number (if known)  **18-75807**

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9/24/2018___

_____                    **Victor M. Ferreira**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Manager of BAE Energy Management,
LLC, Sole Member of Debtor**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

AAA Esco, LLC
PO Box 395
Babylon, NY 11702


Algonquin Gas Pipeline
5400 Westheimer Court
Houston, TX 77056-5310


All American Power & Gas
24123 Peachland Boulevard
C-4, St. 228
Port Charlotte, FL 33954


Allied Consolid Energy
1615 Ninth Avenue
Suite 202
Bohemia, NY 11716


American Express
PO Box 981535
El Paso, TX 79998


Ameristar Energy, LLC
8 Shetland Lane
Saint James, NY 11780


Angela Batterso, Esq.
Katten Muchin RosenmanLLP
575 Madison Avenue
New York, NY 10022


BAE Energy Managment, LLC
c/o Victor Ferreira


Brennan Posner, Esq.
Eversheds-Sutherland
999 Peachtree Street, N.E
#2300
Atlanta, GA 30309


Chiesa Shahinian
One Boland Drive
West Orange, NJ 07052

Christine H. Black
Office of the U.S.Trustee
Alfonse D'Amato Federal C
560 Federal Plaza
Central Islip, NY 11722-4456

City Power and Gas, LLC
10115 East Bell Road
Suite 107-405
Scottsdale, AZ 85260

Clear Choice Energy, LLC
100 Crossways Park Drive West
Suite 405
Woodbury, NY 11797

Clear Choice Energy, LLC
100 Crossways Park Drive West
Suite 405
Woodbury, NY 11797

Cohen Reznick
1301 Ave. of the Americas
New York, NY 10019

Columbia Gas
TransCanada
700 Louisiana Street
Suite 700
Houston, TX 77002-2700

Dominion Energy Pipeline
707 E. Main Street
18th Floor
Richmond, VA 23219

DTE Energy
414 S. Main Street
Suite 200
Ann Arbor, MI 48104

Dual Fuel Energy Corp.
3605 Segdewick Avenue
Attn: Joseph Bohm
Bronx, NY 10463

Empire Pipeline
6363 Main Street
Buffalo, NY 14221-5887

Energy Discounters, LLC
445 Broad Hollow Road
Suite 25
Melville, NY 11747

First Choice Energy
23 Sleepy Hollow Lane
Huntington Station, NY 11746

Flanders Energy
645 Rossville Avenue
No. 90333
Staten Island, NY 10309

Flanders Energy, LLC
c/o Natara Feller, Esq.
Feller Energy Law Group,
159 20th Street 1B
Brooklyn, NY 11232

Global Energy
5 Penn Plaza
23rd Floor
New York, NY 10001

Hi-Rise Energy, LLC
5 Regal Court
Saint James, NY 11780

High Rise Energy
5 Regal Court
Saint James, NY 11780

Holland & Hart
P.O. Box 17283
Denver, CO 80217

Infinite Energy Corp.
575 Lexington Avenue
4th Floor
New York, NY 10038

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Karen Ferreira
36 Cedar Street
Syosset, NY 11791


Keil & Bobken's
1 Fairview Avenue
Fairview, NJ 07022


Light Power & Gas
1449 37th Street
Suite 611
Brooklyn, NY 11218


Loeb & Loeb
345 Park Avenue
New York, NY 10154


Macquarie Bank Limited
Level 20
125 West 55th Street
New York, NY 10019


Macquarie Bank Limited
Level 20
125 West 55th Street
New York, NY 10019


Macquarie Investments US
125 West 55th Street
Level 20
New York, NY 10019


Mieco Inc.
301 East Ocean Blvd.
Suite 100
Long Beach, CA 90802-4832


Millennium Pipeline
700 Louisiana Street
Suite 700
Houston, TX 77002-2700

National Fuel Gas
6363 Main Street
Williamsville, NY 14221-5887


Nevada Department of Tax.
Bankruptcy Section
555 E. Washington Ave.
#1300
Las Vegas, NV 89101


Nevada Department of Tax.
Bankruptcy Section
4600 Kietzke Ln.
Suite L-235
Reno, NV 89502


Nevada Department of Tax.
1550 College Parkway
Ste. 115
Carson City, NV 89706


New York Independent
System Operator
10 Krey Boulevard
Rensselaer, NY 12144


North Energy
1425 37th Street
Brooklyn, NY 11218


Northeastern Energy Corp.
501 West 144th Street
New York, NY 10031


NYC Department of Finance
345 Adams Street, 3rd Fl.
Attn: Legal Affairs Div.
Brooklyn, NY 11201-3719


NYSDeptofTaxation&Finance
Bankruptcy Unit - TCD
Building 8, Rm. 455
W.A. Harriman StateCampus
Albany, NY 12227

NYSDeptofTaxation&Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205


Pay Less Energy
616 Corporate Way
Suite 2-4815
Valley Cottage, NY 10989


Penta Mezzanine SBIC Fund
20 N. Orange Avenue
Suite 1550
Orlando, FL 32801


Penta Mezzanine SBIC Fund
20 N. Orange Avenue
Suite 1550
Orlando, FL 32801


Penta Mezzanine SBIC Fund
20 N. Orange Avenue
Suite 1550
Orlando, FL 32801


Pure Energy USA
648 Bay Street
Staten Island, NY 10304


Renaissance Power & Gas
1771 E. Flamingo Road
Suite 115A
Las Vegas, NV 89119


RXR Realty LLC
625 RXR Plaza
Uniondale, NY 11556


RXR Realty LLC
625 RXR Plaza
Uniondale, NY 11556


Stagecoach Pipeline
2440 Pershing Road
Suite 600
Kansas City, MO 64108

Tennessee Gas Pipeline
P.O. Box 734034
Dallas, TX 75373-4034


The Payroll Store
575 Underhill Road
Syosset, NY 11791


TransCanada Pipeline
450 - 1st Street S.W.
13th Floor
Calgary, Alberta T2P 5H1


Transcontinental Pipeline
2800 Post Oak Blvd
Houston, TX 77056


Union Atlantic Energy
261 South Main Street
Newtown, CT 06470


Union Gas Pipeline
P.O. Box 2001
50 Keil Drive N
Chatham, Ontario N7M 5M1


United Energy Supply Corp
235 Sussex Road
New Rochelle, NY 10804


United Energy Supply Corp
235 Sussex Road
New Rochelle, NY 10804


United Metro Energy Serv
500 Kingsland Avenue
Brooklyn, NY 11222


United Metro Energy Servi
500 Kingsland Avenue
Brooklyn, NY 11222

United States Attorney
Eastern District of NY
Attn:Long Island BankProc
610 Federal Plaza, 5th Fl
Central Islip, NY 11722-4454


United States Attorney
ATTN: Civil Process Clerk
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101


United States Attorney
100 W. Liberty Street #60
Reno, NV 89501


US Securities & Exchange
New York Regional Office
Attn:Bank., Brookfield Pl
200 Vesey Street, Ste 400
New York, NY 10281


Utility Expense Reduction
111 John Street
New York, NY 10038


Victor Ferreira
36 Cedar Street
Syosset, NY 11791


William K. Harrington
Office of the US Trustee
U.S. Federal Office Build
201 Varick St., Ste. 1006
New York, NY 10014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------X

IN RE:  **Big Apple Energy, LLC**

              Debtor(s)

----------------------------------------------X

Chapter   **11**

Case No.:  **18-75807**

<u>STATEMENT PURSUANT TO LOCAL RULE 2017</u>

I, Jonathan I. Rabinowitz, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| **August 26, 2018** | Initial interview, analysis of financial condition, etc. |
| **August 26, 2018** | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is ~~based on our~~ hourly rate as set forth in our retention pleadings.

Dated:

/s/ Jonathan I. Rabinowitz

**Jonathan I. Rabinowitz**
**Attorney for debtor(s)**
**Rabinowitz, Lubetkin & Tully, LLC**
**293 Eisenhower Parkway**
**Suite 100**
**Livingston, NJ 07039**
**973-597-9100 Fax:973-597-9119**