Aggressive Energy
78 Rapelye Street
Brooklyn, NY  11231

Energy Discounters, LLC
334 Broad Hollow Road
Suite 25
Melville, NY  11747

Infinite Energy Corp.
575 Lexington Avenue
4th Floor
New York, NY  10038

Northeastern Energy Corp.
501 West 114th Street
New York, NY  10031

Transcontinental Pipeline
2800 Post Oak Boulevard
Houston, TX  77056