JEFFREY A. WURST
MICHAEL S. AMATO
JENNIFER L. HARTMANN
RUSKIN MOSCOU FALTISCHEK, P.C.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, New York 11556-1425
(516) 663-6600

*Attorney for certain ESCO Claimants*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| BIG APPLE ENERGY, LLC | Case No. 18-75807-ast |
| Debtor. | |

-------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| CLEAR CHOICE ENERGY, LLC | Case No. 18-75808-ast |
| Debtor. | Jointly Administered |

-------------------------------------------------------X

## DECLARATION OF UNITED ENERGY SUPPLY CORP.

Victor Caron, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury:

1. I am the President of United Energy Supply Corp. ("United"), one of the ESCO Claimants in this action.

2. I am fully familiar with the facts set forth and circumstances described herein based upon my personal knowledge.

3. I submit this Declaration as required by *the Order (I) Authorizing Debtors To Reject Agreements; (II) Redirecting Payments From Utilities; And (III) Terminating Security*

804871

*Interests.*

4.  This will confirm and represent that: (i) United has not received any funds directly from any, (ii) United has not executed or delivered to any utility a request that such utility terminate any payment direction letter directing such utility to direct payments to United to an account of the Debtors, nor has United otherwise requested that any utility direct any payments previously being made to an account of the Debtors to its own account, and (iii) to the best knowledge of United, each payment direction letter among United, the Debtors, and any utility remains in full force and effect

Dated: October 5, 2018

_____
Victor Caron, President

804871